**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Doe/Podslurp,

             Movant,

    v.                                          Case No. 26-mc-00861-RP

UNITED STATES DEPARTMENT OF
HOMELAND SECURITY,

             Respondent.

**[PROPOSED] ORDER ON MOTION TO QUASH SUMMONS AND FOR PROTECTIVE
ORDER**

1

49616935v.1

Before the Court is Movant Doe/Podslurp's Motion to Quash Summons and for a Protective Order (the "Motion"). Having considered the Motion, the declarations and exhibits submitted in support thereof, the applicable law, and the arguments of the parties, the Court finds that the Motion should be GRANTED for the reasons set forth below.

1.    The Court finds that the administrative summons issued by the Department of Homeland Security ("DHS") to X Corp. ("X"), dated February 27, 2026, seeking information to identify Movant Doe/Podslurp, exceeds the scope of authority conferred by 19 U.S.C. § 1509. It is clear from the circumstances that the summons in this case was issued to investigate anonymous speech by Doe on the X platform.

2.    The Court further finds that Movant has made a prima facie showing that enforcement of the summons would arguably infringe Movant's First Amendment rights, including the right to speak anonymously and the right to anonymously criticize the government. The disclosure of the identity of an anonymous speaker is itself an irreparable harm.

3.    Since Doe has made an initial showing that compliance with the summons would interfere with his right to speak anonymously, the burden shifts to the government to show that such interference is justified

THEREFORE, this Court ORDERS as follows:

1. Movant Doe/Podslurp's Motion to Quash Summons and for a Protective Order is GRANTED.

2. The administrative summons issued by the Department of Homeland Security to X Corp. on February 27, 2026, pursuant to 19 U.S.C. § 1509, seeking records and information to identify Movant Doe/Podslurp, is hereby QUASHED.

3. X Corp. is hereby ORDERED NOT TO PRODUCE, disclose, or otherwise make available to the Department of Homeland Security, or to any other agency or instrumentality of the United States government, any records, data, or information that would tend to reveal the identity of Movant Doe/Podslurp, including but not limited to

2

account registration information, IP addresses, email addresses, telephone numbers, or any other identifying information associated with the X account @podslurp, **except upon further order of this Court**.

4. The United States government, including the Department of Homeland Security, Customs and Border Protection, Immigration and Customs Enforcement, and any other agency or instrumentality thereof, together with their agents, officers, and employees, are hereby ENJOINED from seeking to discover or obtain the identity of Movant Doe/Podslurp by any means whatsoever — including but not limited to administrative summons, subpoena, search warrant, national security letter, or any other compulsory process — without first obtaining leave of this Court upon a showing of compelling need sufficient to overcome Movant's First Amendment right to anonymous speech.

5. **This Order shall remain in effect until further order of this Court**.

SO ORDERED.

                                      _____
THE HONORABLE ROBERT PITMAN
UNITED STATES DISTRICT COURT

3

49616935v.1