UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

|                                                      |     |                                                      |
| ---------------------------------------------------- | --- | ---------------------------------------------------- |
| Doe/Podslurp,                                        | )   |                                                      |
|                                                      | )   |                                                      |
|                                                      | )   |                                                      |
| Movant,                                              | )   |                                                      |
|                                                      | )   | Misc. Case No.                                       |
| v.                                                   | )   |                                                      |
|                                                      | )   | 1:26MC00861 RP                                       |
| UNITED STATES DEPARMENT OF                           | )   |                                                      |
| HOMELAND SECURITY,                                   | )   |                                                      |
|                                                      | )   |                                                      |
| Respondent.                                          | )   |                                                      |
|                                                      | )   |                                                      |

## DECLARATION OF JOSHUA KOLTUN

*Attorneys for Doe/Podslurp*

Robert P. Latham, Esq.
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6095

Erica Benites Giese, Esq.
**JACKSON WALKER L.L.P.**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
Telephone: (210) 978-7791

Joshua Koltun (Cal. Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410
*Application pro hac vice to be made forthwith*

I, Joshua Koltun, declare as follows:

1.      I am counsel for Movant Doe in this matter.

2.      Recently, there were a number of similar cases in the Northern District of California involving DHS subpoenas/summons to Meta (the parent of Instagram) to identify anonymous anti-ICE speaker/activists. I was counsel to one of the targets of a subpoena. In all the cases in which an administrative subpoena was issued, DHS withdrew the subpoena without filing an opposition to the motion to quash. In the one case that involved a Section 1509 summons, the matter was briefed and a hearing was held. I attended the hearing on the matter. The Court made it clear that it would be issuing a ruling that denied the authority of DHS to use summons under Section 1509 for the purpose of investigating possible crimes. Soon thereafter, DHS withdrew the subpoena and stipulated that "it will not attempt to reissue the withdrawn summonses, nor will it issue any other administrative summonses or subpoenas seeking information about Montco Community Watch in connection with social media activity prior to January 20, 2026, or any materially similar social media activity generated after that date." I attach that stipulation here as *Exhibit A.*

3.      These cases, as well as other uses by DHS of Section 1509 subpoenas, were the subject of reporting by the New York Times in and article published on February 13, 2026, entitled *Homeland Security Wants Social Media Sites to Expose Anti-ICE Accounts,* which I attach hereto as *Exhibit B.*

4.      I attach a sampling of the numerous media articles that immediately followed the killing of Renee Good in Minneapolis on January 7 of this year. In each case the article may be found on the internet at the URL indicated on the Exhibit, or at the URL or link indicated here:

1

Koltun Declaration

a. ***Exhibit C:*** Fox News, January 8, *Vance calls CNN, other media outlets 'absolute disgrace over what they left out of Minneapolis ICE shooting;* (The exhibit does not show the date of publication, but it can be seen online at JD Vance blasts CNN coverage of Minneapolis ICE shooting incident | Fox News).

b. ***Exhibit D:*** Minnesota Star Tribune, January 8, *ICE agent who fatally shot woman in Minneapolis was dragged by car in earlier incident*

c. ***Exhibit E:*** New York Times, January 8, *Court Records Reveal ICE Agent Jonathan Ross's Previous Dragging Incident*)

d. ***Exhibit F:*** The Intercept, January 8, *ICE Agent Who Shot Renee Nicole Good Identified as Jonathan Ross,*

e. ***Exhibit G:*** The Guardian, January 8, *Court records point to Jonathan E Ross as officer in Renee Nicole Good's death, amid protests and political fallout*

f. ***Exhibit H:*** AP News, January 9, *ICE officer who shot Renee Good in Minneapolis has served decades in military and law enforcement*

g. ***Exhibit I:*** Daily Mail, January 8, *Revealed: ICE shooter has an IMMIGRANT Filipina wife and is an Iraq veteran as father comes to his defense* (at Revealed: ICE shooter has an IMMIGRANT Filipina wife and is an Iraq veteran as father comes to his defense | Daily Mail Online. [1]

---

[1] In some cases, where video or advertising content embedded in the article make it difficult to print the article, a "clean" version of the article has been attached to the exhibit, after the initial page showing the URL, date of publication, and so forth (which details are stripped when creating a clean version).

Koltun Declaration

h. *Exhibit J:* Daily Mail, January 9, *Gun-toting feds in ski masks swarm the ICE Agent shooter's home to retrieve belongings as the house sits empty amid claims he has gone into hiding,* which article included a photo "gallery" including photographs of Ross's house (attached), as well as video of Ross's street, at the following link: Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he has gone into hiding | Daily Mail Online

i. *Exhibit K:* WCBU Peoria, January 9, *Minneapolis ICE shooter lived in Peoria, graduated from Richwoods*

j. *Exhibit L:* People, January 12, *Minneapolice ICE Shooter Told Longtime Neighbor He Was a Botanist;'I Had No Idea He was an ICE Agent."*

5. After I contacted the legal department of X with regard to the summons in this matter, X courteously extended the deadline for Doe to move to quash the summons.

6. I attach hereto as *Exhibit M* a copy of the DHS Inspector General document entitled "Management Alert – CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509," which can be found on the internet at OIG-18-18 - Management Alert - CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509.

7. I attach as *Exhibit N* a copy if an article published in *The American Prospect* on September 9, 2025 entitled *DHS Claims Videotaping ICE Raids is 'Violence.'*

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____\s_____
Joshua Koltun

Executed on April 6, 2023 at San Francisco, California

3