EXHIBIT A

Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ari Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)
AMERICAN CIVIL LIBERTIES UNION OF
PENNSYLVANIA
P.O. Box 60173
Philadelphia, PA 19102
Telephone: (215) 592-1513
sloney@aclupa.org
ashapell@aclupa.org
karmstrong@aclupa.org

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)
AMERICAN CIVIL LIBERTIES UNION
FOUNDATION OF NORTHERN
CALIFORNIA, INC.
39 Drumm Street
San Francisco, CA 94111
Telephone: (415) 621-2493
jsnow@aclunc.org
mcagle@aclunc.org

Jonathan H. Feinberg (admitted *pro hac vice*)
KAIRYS, RUDOVSKY, MESSING,
FEINBERG & LIN, LLP
718 Arch St. Suite 501 South
Philadelphia, PA 19106
Telephone: (215) 925-4400
jfeinberg@krlawphila.com

Seth Kreimer (admitted *pro hac vice*)
3501 Sansom St.
Philadelphia, PA 19104
Telephone: (215) 898-7447
skreimer@law.upenn.edu

Caitlin Barry (admitted *pro hac vice*)
Villanova University
Charles Widger School of Law
299 N. Spring Mill Rd.
Telephone: (610) 519-3216
caitlin.barry@law.villanova.edu

*Attorneys for Movant*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| *In the Matter of Summons Numbers HSI-PH-2025-082814-001 and HSI-PH-2025-082819-001:*<br><br>J. DOE,<br><br>       Movant,<br><br>       v.<br><br>THE UNITED STATES DEPARTMENT OF HOMELAND SECURITY,<br><br>       Respondent. | Case No.: 3:25-mc-80325<br><br>**STIPULATION OF DISMISSAL** |

Undersigned counsel to Movant J. Doe and Respondent United States Department of Homeland Security ("DHS") hereby stipulate and agree, subject to approval of the Court, to dismissal of Movant's Motion to Quash, as set forth below:

WHEREAS, on October 16, 2025, Movant filed this miscellaneous action seeking to quash two administrative summonses issued by DHS to Meta Platforms, Inc. ("Meta"), which sought certain information and records concerning Movant's "Montco Community Watch" social media accounts; and

WHEREAS, following full briefing and argument on Movant's Motion to Quash, DHS has withdrawn the summonses at issue and, on January 16, 2026, provided notice to Meta as recipient of the summonses that they are withdrawn;

NOW, THEREFORE, it is hereby stipulated and agreed that:

1. DHS no longer seeks any information pursuant to the summonses that are the subject of the Motion to Quash;

2. DHS will not attempt to reissue the withdrawn summonses, nor will it issue any other administrative summonses or subpoenas seeking information about Montco Community Watch in connection with social media activity prior to January 20, 2026, or any materially similar social media activity generated after that date; and

3. Movant consents to dismissal of their Motion to Quash.

The Parties do not, by agreeing to dismissal of the Motion to Quash, waive any other rights or remedies they may have.

Dated: January 28, 2026
By: _/s/ Stephen A. Loney_____
Stephen A. Loney, Jr. (admitted *pro hac vice*)
Ari Shapell (admitted *pro hac vice*)
Keith Armstrong (admitted *pro hac vice*)

AMERICAN CIVIL LIBERTIES UNION OF PENNSYLVANIA

Jacob Snow (CA Bar No. 270988)
Matthew T. Cagle (CA Bar No. 286101)

AMERICAN CIVIL LIBERTIES UNION FOUNDATION OF NORTHERN CALIFORNIA, INC.

Jonathan H. Feinberg (admitted *pro hac vice*)

KAIRYS, RUDOVSKY, MESSING, FEINBERG & LIN, LLP

Seth Kreimer (admitted *pro hac vice*)

Caitlin Barry (admitted *pro hac vice*)

*Attorneys for Movant*

Dated: January 28, 2026

By: _/s/ Sarah E. Balkissoon_

Craig H. Missakian (CA Bar No. 125202)
United States Attorney
Pamela T. Johann (CA Bar No. 145558)
Chief, Civil Division
Sarah E. Balkissoon (CA Bar No. 327066)
Assistant United States Attorney
450 Golden Gate Avenue, Box 36055
San Francisco, California 94102-3495
Telephone: (415) 436-7200
Facsimile: (415) 436-6748
Sarah.balkissoon@usdoj.gov

*Attorneys for Respondent*

SO ORDERED

Dated: January 28, 2026

Hon. Peter H. Kang
United States Magistrate Judge

*In accordance with Civil Local Rule 5-1(i)(3), the filer of this document attests that all signatories listed herein concur in the filing of this document.

STIPULATION OF DISMISSAL
3:25-mc-80325

3

EXHIBIT B

# *Homeland Security Wants Social Media Sites to Expose Anti-ICE Accounts*

The department has sent Google, Meta and other companies hundreds of subpoenas for information on accounts that track or comment on Immigration and Customs Enforcement, officials and tech workers said.

▶ Listen · 6:58 min

 

**By Sheera Frenkel and Mike Isaac**

Sheera Frenkel and Mike Isaac report on Silicon Valley tech companies.

Feb. 13, 2026

See more of our coverage in your search results.

Add The New York Times on Google ↗

The Department of Homeland Security is expanding its efforts to identify Americans who oppose Immigration and Customs Enforcement by sending tech companies legal requests for the names, email addresses, telephone numbers and other identifying data behind social media accounts that track or criticize the agency.

In recent months, Google, Reddit, Discord and Meta, which owns Facebook and Instagram, have received hundreds of administrative subpoenas from the Department of Homeland Security, according to four government officials and tech employees privy to the requests. They spoke on the condition of anonymity because they were not authorized to speak publicly.

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 7 of 125

Google, Meta and Reddit complied with some of the requests, the government officials said. In the subpoenas, the department asked the companies for identifying details of accounts that do not have a real person's name attached and that have criticized ICE or pointed to the locations of ICE agents. The New York Times saw two subpoenas that were sent to Meta over the last six months.

The tech companies, which can choose whether or not to provide the information, have said they review government requests before complying. Some of the companies notified the people whom the government had requested data on and gave them 10 to 14 days to fight the subpoena in court.

"The government is taking more liberties than they used to," said Steve Loney, a senior supervising attorney with the American Civil Liberties Union of Pennsylvania. "It's a whole other level of frequency and lack of accountability." Over the last six months, Mr. Loney has represented people whose social media account information was sought by the Department of Homeland Security.

The department said it had "broad administrative subpoena authority" but did not address questions about its requests. In court, its lawyers have argued that they are seeking information to help keep ICE agents in the field safe.

Meta, Reddit and Discord declined to comment.

"When we receive a subpoena, our review process is designed to protect user privacy while meeting our legal obligations," a Google spokeswoman said in a statement. "We inform users when their accounts have been subpoenaed, unless under legal order not to or in an exceptional circumstance. We review every legal demand and push back against those that are overbroad."



Meta, Google and other tech companies have had an uneasy relationship with the federal government and how much user information to provide it. Jason Henry for The New York Times

The Trump administration has aggressively tried tamping down criticism of ICE, partly by identifying Americans who have demonstrated against the agency. ICE agents told protesters in Minneapolis and Chicago that they were being recorded and identified with facial recognition technology. Last month, Tom Homan, the White House border czar, also said on Fox News that he was pushing to "create a database" of people who were "arrested for interference, impeding and assault."

Silicon Valley has long had an uneasy relationship with the federal government and how much user information to provide it. Transparency reports published by tech companies show that the number of requests for user information from different governments around the world has climbed over the years, with the United States and India among those submitting the most.

Some social media companies previously fought government requests for user information. In 2017, Twitter (now X) sued the federal government to stop an administrative subpoena that asked it to unmask an account critical of the first Trump administration. The subpoena was later withdrawn.



In administrative subpoenas, the Department of Homeland Security asked for identifying details behind social media accounts that have criticized ICE.  Adam Gray for The New York Times

Unlike arrest warrants, which require a judge's approval, administrative subpoenas are issued by the Department of Homeland Security. They were only sparingly used in the past, primarily to uncover the people behind social media accounts engaged in serious crimes such as child trafficking, said tech employees familiar with the legal tool. But last year, the department ramped up its use of the subpoenas to unmask anonymous social media accounts.

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 10 of 125

In September, for example, it sent Meta administrative subpoenas to identify the people behind Instagram accounts that posted about ICE raids in California, according to the A.C.L.U. The subpoenas were challenged in court, and the Department of Homeland Security withdrew the requests for information before a judge could rule.

Mr. Loney of the A.C.L.U. said avoiding a judge's ruling was important for the department to keep issuing the subpoenas without a legal order to stop. "The pressure is on the end user, the private individual, to go to court," he said.

The Department of Homeland Security also sought more information on the Facebook and Instagram accounts dedicated to tracking ICE activity in Montgomery County, Pa., outside Philadelphia. The accounts, called Montco Community Watch, began posting in Spanish and English about ICE sightings in June and, over the next six months, solicited tips from their roughly 10,000 followers to alert people to the locations of agents on specific streets or in front of local landmarks.

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 11 of 125



In the last six months, ICE has gotten a new suite of tech tools, including facial recognition software, social media monitoring and cellphone hacking.  David Guttenfelder/The New York Times

On Sept. 11, the Department of Homeland Security sent Meta a request for the name, email address, post code and other identifying information of the person or people behind the accounts. Meta informed the two Instagram and Facebook accounts of the request on Oct. 3.

"We have received legal process from law enforcement seeking information about your Facebook account," the notification said, according to court records. "If we do not receive a copy of documentation that you have filed in court challenging this legal process within ten (10) days, we will respond to the requesting agency with information."

The account owner alerted the A.C.L.U., which filed a motion on Oct. 16 to quash the government's request. In a hearing on Jan. 14 in U.S. District Court for the Northern District of California, the A.C.L.U. argued that the government was using

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 12 of 125

administrative subpoenas to target people whose speech it did not agree with.

Sarah Balkissoon, a Department of Justice lawyer representing the government, said the Department of Homeland Security's position was that it was "within their power to investigate threats to its own officers or impediments to their officers," according to a court transcript viewed by The Times.

Two days later, the subpoena was withdrawn.

The Montco Community Watch accounts continue to post almost every day. The Times emailed a request for comment to the address associated with the accounts but did not receive a reply.

On Monday, the Instagram account posted an alert for ICE activity in the Eagleville area of Montgomery County. "Montco ICE alert," the post said. "This is confirmed ICE activity."

On Friday, the account posted a video of students at Norristown Area High School protesting against ICE. "We stand with you and are proud you made your voices heard!" the post said.

**Sheera Frenkel** is a reporter based in the San Francisco Bay Area, covering the ways technology impacts everyday lives with a focus on social media companies, including Facebook, Instagram, Twitter, TikTok, YouTube, Telegram and WhatsApp.

**Mike Isaac** is The Times's Silicon Valley correspondent, based in San Francisco. He covers the world's most consequential tech companies, and how they shape culture both online and offline.

A version of this article appears in print on , Section A, Page 1 of the New York edition with the headline: D.H.S. Expanding Push to Identify Opponents of ICE

EXHIBIT C

Case 1:26-mc-00861-RB    Document 12-1    Filed 05/01/26    Page 14 of 125

# Vance calls CNN, other media outlets 'absolute disgrace' over what they left out of Minneapolis ICE shooting

## Vance says media omitted that ICE officer was previously dragged by car, received 33 stitches

NEWYou can now listen to Fox News articles!

Vice President JD Vance tore into CNN and other corporate media outlets as an "absolute disgrace" on Thursday for omitting key details when covering the shooting of a woman who was killed by an Immigration and Customs Enforcement (ICE) officer, saying reporters suggesting she was innocent should be "ashamed."

A law enforcement officer shot and killed Renee Nicole Good, 37, during a confrontation with agents from inside her car in Minneapolis on Wednesday, according to the Department of Homeland Security (DHS). The shooting of Good, a U.S. citizen, has intensified divisions on Capitol Hill, as lawmakers clash over the Trump administration's immigration policy and ICE enforcement operations.

The situation has polarized the nation, with many on the left suggesting ICE is accountable despite DHS Secretary Kristi Noem saying the woman was "stalking and impeding" agents all day. Vance joined press secretary Karoline Leavitt during a White House press briefing to blast the media's framing of the story.

**NOEM ALLEGES WOMAN KILLED IN ICE SHOOTING 'STALKING AND IMPEDING' AGENTS ALL DAY**



Case 1:26-mc-00861-RR    Document 12-1    Filed 05/01/26    Page 15 of 125

"The CNN headline about what happened in Minneapolis… I'm just going to read it, 'Outrage after ICE officer kills US citizen in Minneapolis,'" Vance said.

"Well, that's one way to put it. And that is the way that many people in the corporate media have put this attack over the last 24 hours. And I say 'attack' very, very intentionally because this was an attack on federal law enforcement. This was an attack on law and order," Vance continued. "This was an attack on the American people."

Vance made it clear that he is disgusted by ongoing coverage.

"The way that the media, by and large, has reported this story has been an absolute disgrace and it puts our law enforcement officers at risk every single day," Vance said.

"What that headline leaves out is the fact that that very ICE officer nearly had his life ended, dragged by a car, six months ago, 33 stiches in his leg," Vance continued. "Do you think maybe he's a little bit sensitive about somebody ramming him with an automobile?"

### FAMILIAR PROTEST GROUPS MOBILIZE IMMEDIATELY AFTER ICE SHOOTING OF MINNESOTA PROTESTER



Vance said the CNN headline also left out that the woman was there to "interfere with a legitimate law enforcement operation in the United States of America" and is "part of a broader left-wing network" that attacks ICE officers and prevents them from doing their jobs.

"If the media wants to tell the truth they ought to tell the truth that a group of left-wing radicals have been working tirelessly, sometimes using domestic terror techniques, to try to make it impossible for the president of the United States to do what the American people elected him to do, which is enforce our immigration laws," Vance said.

Vance then accused "many" members of the press of "lying about this attack."

### CLICK HERE FOR MORE COVERAGE OF MEDIA AND CULTURE

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 16 of 125



"She was trying to ram this guy with her car. He shot back. He defended himself. He's already been seriously wounded in law enforcement operations before, and everybody who has been repeating the lie that this was some innocent woman who was out for a drive in Minneapolis when a law enforcement shot at her, you should be ashamed of yourself," Vance said.

CNN stood by its reporting despite criticism from Vance.

"It is an accurate story that we stand by," a CNN spokesperson told Fox News Digital.

**CLICK HERE TO GET THE FOX NEWS APP**

*Fox News Digital's Leo Briceno and Ashley Carnahan contributed to this report.*

EXHIBIT D

✦ The Minnesota Star Tribune

**NEWS & POLITICS**

# ICE agent who fatally shot woman in Minneapolis was dragged by car in earlier incident

The agent, Jonathan Ross, was injured last year by a fleeing driver during an arrest, according to court records.

**By Liz Sawyer, Andy Mannix and Sarah Nelson**
The Minnesota Star Tribune

JANUARY 8, 2026 AT 3:50PM



A screenshot of a video shows ICE officer Jonathan Ross shortly after he fatally shot Renee Nicole Good in Minneapolis on Jan. 7. (Screenshot via Max Nesterak on X)

The Immigration and Customs Enforcement agent who fatally shot a 37-year-old woman in Minneapolis on Jan. 7 is the same officer who was dragged and injured by a fleeing driver in a separate incident last year, according to a person with knowledge of the case and verified by court documents.

Little public information is available about the agent, Jonathan Ross, 43, described only by federal officials as "an experienced" officer with more than 10 years at ICE. It's not immediately clear which field office Ross is based out of.

On Wednesday morning, Ross was embedded with a group of federal agents on a targeted crackdown in south Minneapolis when Renee Nicole Good was shot. A photo of Ross' face has since circulated on social media, as online sleuths have attempted to identify him.

ICE declined to verify his name when reached for comment on this story.

"He acted according to his training," Tricia McLaughlin, assistant secretary of the Department of Homeland Security, told the Minnesota Star Tribune in an email, noting that this specific agent was selected for ICE's Special Response Team, is an expert marksman and "has been serving his country his entire life."

She claimed that agents have endured a massive surge in assaults and death threats as they conduct their duties.

"The Star Tribune should be absolutely ashamed of themselves for their reckless behavior, and they should delete their story immediately," she said.

The Star Tribune named Ross because he is a government employee involved in a high-profile federal investigation. Under Minnesota law, the names of state and local law enforcement officers who are involved in shootings are typically considered public information and released by agencies. The state law mandating disclosure does not apply to federal agents, however, and Homeland Security officials had not said when or if they would release the agent's name. They had, however, released several identifying details.

Five use-of-force experts interviewed by the Star Tribune questioned the agent's decision to shoot at a moving vehicle, with some outright calling it a "bad shooting." Others said the agent who fired may have legitimately feared for his life, but they noted that most police departments discourage shooting at a moving vehicle because deadly force is unlikely to stop the car and could jeopardize bystanders.

On June 17, Ross was participating in an arrest of Roberto Carlos Munoz-Guatemala, a Mexican citizen, in Bloomington. Munoz-Guatemala had previously been convicted of fourth-degree criminal sexual conduct and had been put on a detainer by immigration officials. Munoz-Guatemala ignored the agents' commands, including to fully roll down his car window, so Ross broke open his rear window and reached inside to unlock the door.

Munoz-Guatemala put the vehicle in drive and accelerated onto the curb, the charges said. Ross was dragged alongside the vehicle and twice fired his Taser as Munoz-Guatemala wove back and forth "in an apparent attempt to shake" him from the car. About 300 feet down the road, Munoz-Guatemala re-entered the street and the force knocked the officer from the car.

The agent required 20 stitches for a deep cut in his right arm and another 13 stitches in his left hand, according to court documents. A jury convicted Munoz-Guatemala of assaulting a federal officer in December.

Hours after the shooting Wednesday morning, Homeland Security Secretary Kristi Noem said the agent involved had "been dragged by a vehicle" in an earlier incident. At the time, she did not provide specific location details.

But she described the unnamed officer as "an experienced" agent who'd been in similar situations before and "followed his training."

DHS confirmed Thursday that the agent who killed Good was the same officer dragged by a suspect in Bloomington last June. Although Ross was not named in the 13-page indictment of the driver, he is identified in several court records in the case, including photo exhibits from the hospital. He is also listed by name as a witness and in the jury instructions.

A law enforcement source, who is not authorized to speak publicly, confirmed that Ross is the shooter.

Vice President JD Vance took questions at the White House on Thursday afternoon, announcing a new associate attorney general to oversee fraud – with a mission that will begin in Minnesota.

He also defended the agent's actions.

"That very ICE officer nearly had his life ended ... six months ago," Vance said, referring to the earlier car-dragging incident.

"You think maybe he's a little bit sensitive about somebody ramming him?"

Asked about Gov. Tim Walz's comments that the Trump administration's escalation of ICE agents amplified and led to the shooting, Vance dismissed his former vice presidential opponent.

"I don't care what Tim Walz says," Vance said.

*Chris Vondracek, Jeff Day and Jeffrey Meitrodt of the Minnesota Star Tribune contributed to this story.*



© 2026 StarTribune.All rights reserved.

EXHIBIT E

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 23 of 125

# *Court Records Reveal Details of ICE Agent's Previous Dragging Incident*

The agent who shot a woman in Minneapolis on Wednesday was pulled about 100 yards by a car last year while firing a stun gun at the driver.

▶ Listen · 5:14 min





**By Nicholas Bogel-Burroughs**
Reporting from Minneapolis

Published Jan. 8, 2026   Updated Jan. 20, 2026

See more of our coverage in your search results.

[ Add The New York Times on Google ↗ ]

The federal immigration agent who fatally shot a woman in her car this week was dragged about 100 yards by a different driver in Minnesota last year during an immigration operation, interviews and court records show.

The agent, described by a spokeswoman as a 10-year veteran of the Immigration and Customs Enforcement agency, was treated for a gash on his forearm that required 20 stitches after the dragging incident, for which the driver was convicted of assault last month.

Now that same agent is at the center of a growing backlash over the Trump administration's immigration enforcement efforts, after he shot and killed Renee Good, 37, in the driver's seat of her car on Wednesday.

Kristi Noem, the homeland security secretary, said at a news conference on Wednesday that the agent, whom she did not name, had feared for his life during the encounter, and noted that he had been dragged by a car in June. Two law

enforcement officers with knowledge of the matter, who were not authorized to speak publicly, identified the ICE agent as Jonathan Ross.

It is unclear when the agent, who is part of a division called Enforcement and Removal Operations, returned to work following the June incident, which took place in Bloomington, a Minneapolis suburb.



Photos from court records show the officer who shot Renee Good on Wednesday reaching into the window of a car in June, attempting to unlock the door before the driver pulled away, dragging him.
via U.S. District Court for the District of Minnesota

Mr. Ross and other agents were trying to apprehend a Mexican man who had been convicted of sexual abuse in Minnesota, according to court records. The agents followed the man, Roberto Carlos Muñoz, as he drove away from his house, and later pulled him over.

When Mr. Ross told the driver to lower his window and open his door, Mr. Muñoz refused, an F.B.I. agent wrote in an affidavit. Mr. Ross then pulled his Taser, shattered the rear driver's side window of Mr. Muñoz's car and reached in with one arm to try to unlock a door. At that point, Mr. Muñoz shifted into drive and pulled away, dragging the agent.

"He just took off in a rapid speed," Mr. Ross said during Mr. Muñoz's December trial, according to a transcript. "At this point, I feared for my life."

While being dragged, Mr. Ross fired his Taser at Mr. Muñoz, shocking him twice, the affidavit said, but Mr. Muñoz continued to drive for about 100 yards, weaving back and forth in an apparent effort to shake the agent from the car, which he finally did.

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 25 of 125

The agent landed on the street, bleeding from his right arm, and photographs taken later and included in court documents show a wound to his arm and blood on his pants and left hand. The cut to his arm required 20 stitches, according to court records.



Photos included in court records of the officer at the hospital after the dragging incident in June, where he was treated for his injuries.
via U.S. District Court for the District of Minnesota

Mr. Muñoz, meanwhile, had called 911 to say that he was assaulted by an immigration agent — a phone call that ultimately helped officers find and arrest him about a mile away.

His trial took place over several days in Minnesota last month. On Dec. 10, a jury deliberated for about two hours before convicting him of assaulting a federal officer with a dangerous or deadly weapon, resulting in injury.

Mr. Muñoz has not yet been sentenced, and his lawyer, Eric Newmark, declined to comment on his case.

The Wednesday shooting of Ms. Good, an American citizen, in South Minneapolis has resulted in sharply different interpretations of the event from local and federal officials. President Trump and other federal officials have said that the agent acted in self-defense, while state and local officials described those accounts with terms like "propaganda" and "garbage."

Tricia McLaughlin, the homeland security spokeswoman, said in a statement that the agent who killed Ms. Good, whom she also did not name, had extensive experience, including in marksmanship and as a member of ICE's special response team, and that he had "acted according to his training" on Wednesday.

The transcripts from Mr. Muñoz's trial contain some of Mr. Ross's biography.

He told the court about being deployed to Iraq in 2004 and 2005 as "a machine-gunner on a gun truck" with the Indiana National Guard. After returning to the United States, he joined the Border Patrol in 2007, and, according to his testimony, worked near El Paso, Texas.

In 2015 he joined ICE, he said, and was serving last year as a firearms instructor and a member of the F.B.I.'s Joint Terrorism Task Force.

Footage of the shooting on Wednesday shows one federal agent grabbing the handle of Ms. Good's vehicle, which is partially blocking a street in South Minneapolis, while Mr. Ross walks around the front of her car. Ms. Good reverses slightly, then shifts into drive, moving the car toward the agent before turning the wheels to the right, away from him.

Mr. Ross fires one shot, then continues firing as the vehicle moves past him. It appears from the videos that he fired once through the front windshield and twice through the driver's side window, killing Ms. Good.

Minnesota law enforcement officials said on Thursday that they were being denied access to evidence from the shooting by federal agencies, and could no longer participate in the investigation as a result.

Michael Levenson and Mattathias Schwartz contributed reporting. Kitty Bennett contributed research.

*A correction was made on Jan. 20, 2026: An earlier version of this article, based on court documents, misstated the nationality of Roberto Carlos Muñoz. He was born in Mexico, not Guatemala.*

————————

When we learn of a mistake, we acknowledge it with a correction. If you spot an error, please let us know at corrections@nytimes.com.  Learn more

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/36    Page 27 of 125

**Nicholas Bogel-Burroughs** reports for The Times on national stories across the United States with a focus on criminal justice.

---

A version of this article appears in print on , Section A, Page 14 of the New York edition with the headline: Agent Who Shot Woman in Minnesota Had Previous Car Encounter

EXHIBIT F

## The Intercept_

**SUPPORT US**

# ICE AGENT WHO SHOT RENEE NICOLE GOOD IDENTIFIED AS JONATHAN ROSS

Identifying the shooter in Minneapolis, The Intercept found a photo captioned "Jon Ross in Iraq" posted by a man noted in public records as his father.

Jacqueline Sweet, Noah Hurowitz, Jessica Washington

January 8 2026, 2:42 p.m.



A portrait of Renee Nicole Good is pasted to a light pole near the site of her shooting in Minneapolis on Jan. 8, 2025. Photo: Jonathan Maturen/Getty Images

**THE INTERCEPT HAS** identified the Immigration and Customs Enforcement agent who shot and killed an observer in a residential neighborhood of Minneapolis on Wednesday as Jonathan Ross, a deportation officer based out of the agency's field office in St. Paul.

Ross, 43, fatally shot 37-year-old Renee Nicole Good during a confrontation between protesters and federal agents — ICE and Border Patrol — in the Central neighborhood just after 9:30 a.m.

According to court documents from an unrelated case, Ross has been with the agency since at least 2016. In June, he was injured in a traffic incident while apprehending Roberto Carlos Munoz-Guatemala, an undocumented man later convicted of dragging Ross with his car.

The Minnesota Star Tribune was the first to publicly identify Ross. In a brief article naming Ross, the local Fox affiliate quoted a Department of Homeland Security spokesperson confirming that the agent involved in the shooting was the same agent dragged by Munoz-Guatemala in June. The New York Post ran a story referencing Ross's dragging incident, but did not name him.

Video footage from the Munoz-Guatemala incident shows a beige Chevy Tahoe, the same SUV make and model that was on scene, parked close to Good's dark red SUV before the shooting.



A side-by-side image comparison shows, left, a still from a January 7, 2026, video of an ICE agent's shooting of Renee Nicole Good and, right, an undated photo from a Facebook page belonging to Jonathan Ross's father that is captioned "Jon in Iraq." Screenshots: The Intercept

A photo on the Facebook page of a man identified in public records as Ross's father shows a man carrying an assault weapon captioned "Jon Ross in Iraq." The man pictured in the photo and others closely resembles images of the agent at the scene of Wednesday's shooting. Ross previously lived in Texas near Fort Bliss, a U.S. Army base on the outskirts of El Paso that spans parts of Texas and New Mexico.

Public records for a property linked to Ross indicate he secured a loan through a program for veterans.

## MOST READ







Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 32 of 125

**Trump's Secret Wars on the World Keep Expanding**

Nick Turse

**ICE at Airports Trains Us to Accept Being Terrorized in Our Daily Lives**

Mathew Rodriguez

**How to Keep ICE Agents Out of Your Phone at the Airport**

Nikita Mazurov

Ross's father hung up the phone when asked about his son Thursday.

No one answered at an address listed for Ross outside Minneapolis, and no vehicles were present at the home.

The Department of Homeland Security, its field office in St. Paul, and ICE did not respond to multiple requests for comment. DHS justified the shooting on Wednesday by claiming that the agent feared for his life, saying Good was engaged in "an act of domestic terrorism."

"This appears as an attempt to kill or to cause bodily harm to agents, an act of domestic terrorism," said DHS Secretary Kristi Noem at a press conference. "The ICE officer, fearing for his life and the other officers around him and the safety of the public, fired defensive shots; he used his training to save his own life and that of his colleagues." President Donald Trump claimed on Truth Social that video from the scene showed the agent being run over.



Related

**Video Shows ICE Agent's Fatal Shooting of Civilian in Minneapolis**

The Intercept obtained footage of the shooting on Wednesday, however, which contradicts the government's narrative. The video shows an officer telling Good, "Get out of the fucking car," before Ross shoots into her car three times, then walks away apparently uninjured.

In a phone interview with The Intercept on Thursday morning from the site of the shooting, Luis Argueta, a spokesperson for the immigrant rights group Unidos Minnesota, said locals were eager to learn the identity of the shooter.

"The community is really wanting answers," said Argueta, adding that he hoped authorities would investigate and prosecute the person responsible. "The Board of Criminal Apprehension, which is the state-level investigator, will need certain evidence to be released and provided by the FBI."

Accountability could prove difficult to come by. Minnesota officials told multiple outlets that they are unable to access evidence and that the FBI is refusing to work with them on the investigation into the fatal shooting.

A spokesperson for the city of Minneapolis called the decision to exclude local law enforcement "deeply disappointing" in a statement sent to The Intercept. "We are concerned that the investigation is proceeding without state partners, and we are calling for a clear and transparent process that includes state investigating agencies," said spokesperson Jess Olmstead.

Local leaders, meanwhile, have called "bullshit" on the self-defense argument from the Trump administration and urged ICE to leave Minneapolis. "The Trump admin will tell you ICE is here for safety," said Minneapolis Mayor Jacob Frey during a CNN interview. "That is a lie. They are creating chaos and danger while tearing families apart."

In one video from the scene of Good's killing, a woman can be heard saying, "They killed my wife. I don't know what to do," adding, "They shot her in the head."

Another video shows ICE agents blocking a physician from assisting Good on the scene. "I'm a physician," says the doctor. "I don't care," responds one of the agents, before another officer tells him that they have emergency services coming and medics on the scene.

The shooting occurred after the Department of Homeland Security initiated a massive surge in federal agents to the Twin Cities after a heavily criticized, misleading video targeting Somali Americans, created by a far-right influencer with ties to the GOP, went viral.

Rep. Ilhan Omar, D-Minn., called for a "comprehensive investigation" into the shooting. "This is not law enforcement. It is state violence," Omar wrote in a statement. "It is simply indefensible, and ICE must be held accountable. That must include a full, comprehensive investigation and legal action against the agency."

## Correction: January 9, 2026

*This story previously misstated which officer told Good "Get out of the fucking car." According to video from the scene it was a separate agent, not Ross.*

**RELATED**



**Chicago Woman Shot by Border Patrol Reacts to Minneapolis ICE Killing: "Of Course This Happened"**



**This Isn't the First Killing by ICE — and It Won't Be the Last**



**Three Cheers for Hilton Hotel Workers Who Banned ICE — Until Their Corporate Bosses Stomped Them Out**

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 35 of 125



**Documenting ICE Agents' Brutal Use of Force in LA Immigration Raids**

# The Intercept_

© THE INTERCEPT. ALL RIGHTS RESERVED

EXHIBIT G

**ICE (US Immigration and Customs Enforcement)**

🕐 This article is more than **2 months old**

# ICE agent in Minneapolis killing identified as 10-year law enforcement veteran

Court records point to Jonathan E Ross as officer in Renee Nicole Good's death, amid protests and political fallout

• US politics live – latest updates



📷 The scene of the shooting in Minneapolis. Photograph: Caitlin Callenson/Minnesota Reformer

**Ali Winston**

Thu 8 Jan 2026 17.17 EST

G Prefer the Guardian on Google

The ICE agent involved in the lethal shooting of 37-year-old Renee Nicole Good during an immigration sweep in Minneapolis on Wednesday is Jonathan E Ross, according to court records that closely match the description of a June 2025 incident involving the agent in Bloomington,

4/2/26, 12:14 PM    ICE agent in Minneapolis killing identified as 10-year law enforcement veteran | ICE (US Immigration and Customs Enforcement) | …

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 38 of 125

Minnesota, cited by the homeland security secretary, Kristi Noem, and JD Vance. Ross is a Minnesota resident and 10-year veteran of the special response team of ICE's enforcement and removal operation.

The death of Good, a mother of three, sparked outrage in Minneapolis and strident rebukes from Minnesota officials and on Capitol Hill. Thousands of people gathered in protest near the site of the shooting Wednesday night, and some Democrats on Capitol Hill have threatened to withhold funding to the Department of Homeland Security. Minneapolis mayor, Jacob Frey, said on Wednesday: "To ICE: get the fuck out of Minneapolis."

Federal officials have so far refused to identify the officer, though the Minneapolis Star Tribune first identified Ross on Thursday. The Federal Bureau of Investigation also refused on Thursday to involve Minnesota law enforcement in the investigation of Good's killing, prompting the governor, Tim Walz, to say "it feels very, very difficult that we will get a fair outcome".

Ross did not respond to multiple requests for comment.

In a statement to the Guardian, Tricia McLaughlin, assistant DHS secretary, said: "We are not going to expose the name of this officer. He acted according to his training."

Noem called Good's actions "an act of domestic terrorism" and accused her of blocking in federal agents with her vehicle before the lethal shooting, but also indicated that the agent involved had been "dragged" by a vehicle during an enforcement operation last year. Vance also said during a press briefing at the White House on Thursday that the unnamed agent was dragged by a car "six months ago" and shared specific details that align with court documents in a Minneapolis case last summer.

Videos of the shooting shared widely on social media show Good attempting to turn her red SUV around and leave the scene as a federal agent attempts to force open her door. An ICE agent can be seen earlier walking around the car's passenger side from the rear towards the front of the car on the driver's side with his phone in his left hand. He leans forward and fires three shots from his pistol at Good. The car speeds away and crashes a short distance later into a car parked in the snow.

According to court records, Ross was involved in the June arrest of Roberto Carlos Muñoz, an undocumented Mexican immigrant with an open immigration detainer and a criminal conviction for sexually assaulting his

4/2/26, 12:14 PM
ICE agent in Minneapolis killing identified as 10-year law enforcement veteran, ICE (US Immigration and Customs Enforcement) | …

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 39 of 125

16-year-old stepdaughter in 2022. Muñoz was contacted at his residence in Bloomington, Minnesota, by a group of federal agents on 19 June 2025.

According to an affidavit from an FBI agent, Muñoz was in his car when federal law enforcement approached him. He did not comply with commands to get out of his vehicle and drove away. The feds pursued Muñoz and conducted a traffic stop. An ERO agent and an FBI agent approached the car and ordered Muñoz in both English and Spanish to put the car in park and provide documentation, which he did. When the ERO agent ordered Muñoz to exit the car, he refused.

At this point, according to the affidavit, the ERO agent broke the rear driver's side window of Muñoz's car and tried to unlock the driver's door. Muñoz threw the car into drive, speeding off with the agent trapped in the vehicle by his arm and dragged behind the car for 100 yards down the street along the curb, weaving past several cars. The agent was jarred loose from the window and fell into the street, and Muñoz drove off. The agent suffered serious lacerations on both arms, which required 33 stitches in total to close.

At the White House on Thursday, Vance engaged in a lengthy defense of the officer's actions and said: "[T]hat very ICE officer nearly had his life ended, dragged by a car six months ago, 33 stitches in his leg. So you think maybe he's a little bit sensitive about somebody ramming him with an automobile." The court documents indicate the stitches were on Ross's arms and hand, not his leg.

Muñoz was detained by local police officers whom he'd contacted after fleeing the traffic stop, saying he'd been attacked by ICE. He was taken into custody on an immigration detainer, charged with assaulting an officer, and convicted in early December after a federal trial. His attorney did not respond to requests for comment.

Per jury instructions for Muñoz's trial, the ERO agent injured in Muñoz's detention was named Jonathan Ross. The FBI agent's affidavit contains a picture of Ross from the back, and he has the same haircut as in videos of Good's fatal shooting.

● This story was amended on 8 January 2026 to correct the name of the ICE officer who shot Renee Nicole Good, which is Jonathan E Ross, not Jonathan David Ross. An earlier version also reported property records and voter registration identifying a resident of north-east Minneapolis with a similar name; those details do not describe the ICE officer. It was also amended on 9 January 2026 to say that three shots were fired, rather than four.

*Cate Brown contributed reporting*

# Most viewed

EXHIBIT H

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 42 of 125



Skinfluence

Makeup meets skin care in complexion-enhancing products that give filter-free results.

**Face Makeup >**

NORDSTROM
BEAUTY
Beauty Begins with You

ADVERTISEMENT



**360 CHECKING**
Member FDIC

• Earn a $250 bonus
• No fees or minimums
• 70,000+ no-fee ATMs

OPEN ACCOUNT

U.S. NEWS    Sponsors of GOBankingRates    Advertiser Disclosure

# ICE officer who shot Renee Good in Minneapolis has served decades in military and law enforcement



 BY **RYAN J. FOLEY**
Updated 8:47 AM PDT, January 9, 2026

The federal agent who shot and killed a driver in Minneapolis is an Iraq War veteran who has served for nearly two decades in the Border Patrol and U.S. Immigration and Customs Enforcement, according to records obtained Thursday by The Associated Press.

Alex Pretti investigation    Renee Good    Immigration poll    ICE agents arrested    Who pays for ICE?    **MINNESOTA**

Case 1:26-mc-00861-RR    Document 12-1    Filed 05/01/26    Page 43 of 125

Jonathan Ross, who shot Renee Good on Wednesday, has served as a deportation officer with ICE since 2015, records show. He was seriously injured last summer when he was dragged by the vehicle of a fleeing suspect whom he shot with a stun gun.

Federal officials have not named the officer who shot Good, a 37-year-old mother who was shot as she tried to drive away from federal agents. But Homeland Security Secretary Kristi Noem said the agent who shot Good had been dragged by a vehicle last June, and a department spokesperson confirmed Noem was referring to the Bloomington, Minnesota, case in which documents identified the injured officer as Ross.

ADVERTISEMENT



Noem and other Trump administration officials have defended the agent as an experienced law enforcement professional who followed his training and shot Good after he believed she was trying to run him or other agents over with her vehicle. Video has raised questions about whether the shooting was in self-defense, and the FBI is investigating the deadly use of force. Some protesters are demanding that Ross face criminal charges, and Minnesota authorities also want to investigate.

### RELATED STORIES



**Minnesota sues Trump administration over shootings, including deaths of Alex Pretti and Renee Good**



**Noem defends her portrayal of killed Minneapolis protesters as agitators, in her Senate hearing**



**Gov. Tim Walz tells a House panel the Trump immigration crackdown hampered Minnesota's fraud fight**

Attempts to reach Ross, 43, at phone numbers and email addresses associated with him were not immediately successful.

Here are some things to know about him:

Read More - AP ⌄

## Experienced military and law enforcement officer

In courtroom testimony last month, Ross said he deployed to Iraq from 2004 to 2005 with the Indiana National Guard. Ross said he served as a machine-gunner on a gun truck as part of a combat patrol team.

He said he returned from Iraq in 2005, went to college and joined the Border Patrol in 2007 near El Paso, Texas. He worked there until 2015, serving as a field intelligence agent gathering and analyzing information on cartels and drug and human smuggling.

Ross said he has served as a deportation officer based in Minnesota since he joined ICE in 2015. He is assigned to fugitive operations, seeking to arrest "higher value targets" in the ICE region that includes Minneapolis, he testified last month. He said that he was also a team leader with the FBI's Joint Terrorism Task Force.

ADVERTISEMENT

"So I develop the targets, create a target package, surveillance, and then develop a plan to execute the arrest warrant," he said.

Ross said that he was also a firearms instructor, an active shooter instructor, a field intelligence officer and member of the SWAT team. He said that he attended the Border Patrol's academy in New Mexico, where he learned to speak Spanish.

ADVERTISEMENT

## Seriously injured last June

Ross was a leader of a team of agents who went to arrest a man who was in the U.S. illegally in the Minneapolis suburb of Bloomington on June 17. Agents had gathered outside the home of the man, Roberto Munoz-Guatemala, who left in his car, according to court records.

FBI agents activated emergency sirens and lights instructing him to pull over but he did not. Ross pulled his vehicle diagonally in front of Munoz-Guatemala to force him to stop.

Ross and an FBI agent identified themselves as police and pointed guns at Munoz-Guatemala, who raised his hands. Ross then approached Munoz-Guatemala's vehicle and ordered him to put it in park.

Ross told the driver to lower his window all the way down and warned that he would break it if he did not. Ross used a device known as a "spring-loaded window punch" to break the rear driver's side window and reached inside the car to unlock the driver's door.

Munoz-Guatemala drove off while Ross' arm was caught in the vehicle and accelerated, dragging Ross down the street. Ross fired his Taser, striking Munoz-Guatemala with prongs in the head, face and shoulder.

Munoz-Guatemala was not incapacitated by the Taser, prosecutors said, and kept driving, taking Ross the length of a football field in 12 seconds. Ross was knocked free from the vehicle by force after Munoz-Guatemala drove onto a curb for a second time and back to the street.

ADVERTISEMENT



*Important D

2025 FORD BRONCO SPORT® SUV

4.9% APR FOR 60 MONTHS*
FORD CREDIT FINANCING

View Offers

Search Inventory          Your California Ford Dealers

Ross' right arm was bleeding, and an FBI agent applied a tourniquet. Eventually, he received dozens of stitches at a hospital. Prosecutors said he had "suffered multiple large cuts, and abrasions to his knee, elbow, and face."

"It was pretty excruciating pain," Ross testified.

Munoz-Guatemala was bleeding from his injuries and had a woman call 911, saying that he was assaulted and didn't know whether the person trying to stop him was an officer. He was arrested and charged with assault on a federal officer with a dangerous or deadly weapon.

A jury found Munoz-Guatemala guilty at a trial last month, finding he "should reasonably have known that Jonathan Ross was a law enforcement officer and not a private citizen attempting to assault him."

ADVERTISEMENT



*Important D

2025 FORD BRONCO SPORT® SUV

4.9% APR FOR 60 MONTHS*
FORD CREDIT FINANCING

View Offers

Search Inventory          Your California Ford Dealers

## Federal officials defend the agent without identifying him

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 46 of 125

Vice President JD Vance praised the agent's service to the country Thursday without naming him, saying the ICE officer "deserves a debt of gratitude."

"This is a guy who's actually done a very, very important job for the United States of America," Vance said. "He's been assaulted. He's been attacked. He's been injured because of it."

DHS assistant Tricia McLaughlin declined to confirm the agent's identity Thursday, saying doing so would be dangerous for the safety of him and his family. But she noted that he had been selected for ICE's special response team, which includes a 30-hour tryout and additional training on specialized skills such as breaching techniques, perimeter control, hostage rescue and firearms.

"He acted according to his training," she said. "This officer is a longtime ICE officer who has been serving his country his entire life."

———

AP reporters Michael Biesecker and Jonathan J. Cooper contributed to this report.



**RYAN J. FOLEY**
Foley covers national news for The Associated Press and is based in Iowa City, Iowa. A 21-year AP veteran, he was part of the AP team honored as a finalist for the Pulitzer Prize in investigative reporting for the 2024 series, "Lethal Restraint."

𝕏  ✉

# Conversation

All comments are subject to our **Community Guidelines**.
Please note that comments are not moderated immediately — every post is reviewed before appearing publicly to ensure it meets our community guidelines. This means there may be a delay before your comment is visible.

Join the conversation

ALL COMMENTS  74                                                                                    NEWEST ⌄  💬

**LucidDreamz**  · JANUARY 13, 2026

"ICE officer who shot Renee Good in Minneapolis has served decades in military and law enforcement"

good for them

REPLY    👍 1    👎 0

**ImdaPrincesse**  · JANUARY 13, 2026

So in other words he should know better, he's done this before and he needs to be on trial

REPLY    👍 2    👎 1

**Concerned529**  · JANUARY 13, 2026

What's amazing to me is MAGA now "defending law enforcement" while conveniently forgetting that their leader let out 1500 insurrectionists who were guilty of beating up numerous police officers, many with clubs, on January 6th (on camera), resulting in serious injury, death, and suicide (cop suicide).

REPLY    3 REPLIES    👍 3    👎 2

1    **SHOW OLDER REPLIES**

**Williams**  · JANUARY 14, 2026
Reply to **this message**

It sounds like you're saying things don't count as a crime unless they're successful, which is a pretty wild take and not remotely how the law works.

To your second point: I agree that the political tribalism in our country is out of control, but being civil in the comments section isn't going to move the needle for our aspiring dictator. Several polls showed that the majority of Americans opposed the Jan 6th pardons but that didn't stop the president from plowing ahead anyway.

REPLY    1 REPLY    👍 2    👎 1

**kaslas1400**  · JANUARY 24, 2026

EXHIBIT i

 

# Daily **Mail**

Home | US Showbiz | TV | Sports | Royals | Video | News | Crime Desk | Lifestyle | Money | U.K. | Buyline | Games |

Donald Trump     Joe Biden     Politics Newsletter     Latest Headlines                                                                 **Login**

ADVERTISEMENT

**EXCLUSIVE** **Revealed: ICE shooter has an IMMIGRANT Filipina wife and is an Iraq veteran as father comes to his defense**

| Enter your search | Search |

ADVERTISEMENT

By BEN ASHFORD, US SENIOR REPORTER and JOSH BOSWELL, CHIEF INVESTIGATIVE REPORTER and SARA MCGIFF, US REAL ESTATE & CONSUMER REPORTER and KAITLINN CRISP
PUBLISHED: 21:53 EDT, 8 January 2026 | UPDATED: 11:04 EDT, 10 January 2026

He has become the focus of rage over ICE actions around the country after he **shot and killed Renee Nicole Good** on Wednesday afternoon while **she was driving her SUV** down a street where ICE agents were on duty.



Case 1:26-mc-00861-RB    Document 12-1    Filed 05/01/26    Page 49 of 125

# Revealed: ICE shooter has an IMMIGRANT Filipina wife and is an Iraq veteran as father comes to his defense

The ICE agent who fatally shot Renee Good is unmasked for the first time by the Daily Mail – as his shaken father defends his decision to shoot dead the 37-year-old mother.

Jonathan E. Ross, 43, is an Enforcement and Removal Operations agent and Iraq veteran, who is married to a woman with Filipino parents.

He has become the focus of rage over ICE actions around the country after he shot and killed Renee Nicole Good on Wednesday afternoon while she was driving her SUV down a street where ICE agents were on duty.

Ross's father defended his son's decision to shoot Good dead, in an exclusive interview with the Daily Mail.

'She hit him,' said Ed Ross, 80. 'He also had an officer whose arm was in the car. He will not be charged with anything.

'You would never find a nicer, kinder person,' the father added about his son. 'He's a committed, conservative Christian, a tremendous father, a tremendous husband. I couldn't be more proud of him.'

The elderly dad from North Pekin, Illinois, said his son's wife was a US citizen but declined to say how long she had been in the US. 'I do not want to go any further than that,' he added.

Ross – who goes by Jon – has lived on the outskirts of Minneapolis since 2015, and served as an immigration officer since at least 2013.

Case 1:26-mc-00861-RB   Document 12-1   Filed 05/01/26   Page 50 of 125



The ICE agent who fatally shot Renee Good has been identified as Iraq veteran Jonathan Ross, 43, who is married to a woman with Filipino parents (Ross and his wife pictured)

Case 1:26-mc-00861-RB Document 12-1 Filed 05/01/26 Page 51 of 125



The father of the ICE agent who shot dead a mother-of-three has defended his son in an interview with the Daily Mail, saying he is a 'tremendous' father and husband (pictured: Jonathan Ross, left, Ben Ross, center, and dad Ed, right)

Case 1:26-mc-00861-RB    Document 12-1    Filed 05/01/26    Page 52 of 125

Ross shot and killed Good on Wednesday afternoon while she was driving her SUV down a street where ICE agents were on duty (pictured)

Though neighbors told the Daily Mail that Ross is a hardcore MAGA supporter, social media posts reveal he also has foreign-born in-laws.

His 38-year-old wife, whose doctor parents live in the Philippines, married him in August 2012 according to posts on her Instagram page.

Her first picture with Ross on the social media account was posted two months earlier.

In July 2013, when the couple lived around El Paso, Texas, Ross's wife posted a picture posing next to a US Border Patrol helicopter.

She also shared photos of baking recipes from a Spanish-language cookbook.

One neighbor at Ross's 10-house cul-de-sac told the Daily Mail that until recently Ross had been flying pro-Trump flags and a 'Don't Tread On Me' Gadsden Flag, an emblem of the Make America Great Again movement.

On Thursday afternoon there was no sign of Ross, his wife, or the flags.

'I think he's in the military. He has a military license plate,' one neighbor said. 'He had a don't tread on me flag, and Trump/Vance stickers up during the election.

'The wife is polite, very nice, very outgoing, while he's very reserved. They have a couple of kids.'



Ross was named as the ICE agent who fatally shot a woman in Minneapolis (pictured at the scene)

Case 1:26-mc-00861-RB    Document 12-1    Filed 05/01/26    Page 54 of 125



Good (pictured) was a poet and mother of three children who grew up in Colorado Springs. She was married to a comedian named Timothy Macklin who died in 2023 before living in Minneapolis with her wife

Case 1:26-mc-00861-RB   Document 12-1   Filed 05/01/26   Page 55 of 125



The ICE agent and his 38-year-old wife married in August 2012, according to posts on her Instagram page

read://https_www.dailymail.co.uk/?url=https%3A%2F%2Fwww.dailymail.co.uk%2Fnews%2Farticle-15447739%2FICE-shooter-Filipina-wife-father-Mi…   7/15



Ross's father posted a picture on his Facebook page in 2017 of his son in military gear, carrying a large rifle

Case 1:26-mc-00861-RB   Document 12-1   Filed 05/01/26   Page 57 of 125



Ross's father said his son's wife (pictured) was a US citizen but declined to say how long she had been in the US

Other family members appear to have had conflict with Ross over their political views – even arguing with him about far-right group the Proud Boys, after Donald Trump caused controversy by initially failing to condemn the organization in a 2020 debate with Joe Biden.

His sister Nicole posted a photo on Facebook in October 2020 of herself and a female friend wearing face masks with the caption 'I denounce and condemn white supremacy'.

Ross appears to have commented on the photo then later deleted the messages, with Nicole and her friend Allison's responses the only comments remaining.

'Jon R Oss the Proud Boys heard his denouncement loud and clear! I watched the entire debate and heard every word. I respectfully disagree,' wrote Allison.

'Jon R Oss we have to respectfully disagree,' Nicole added. 'You are my brother and I love you, but we will not engage in a debate on Facebook.'

Ross appears to have grown up hardscrabble. His father, a former insurance agent, filed for bankruptcy in Tampa, Florida in 1996, when Ross was 13.

The Ross family is religious, with his father serving as director of two church-related organizations.

Ross's father posted a picture on his Facebook page in 2017 of his son in military gear, carrying a large rifle, with a caption 'Jon Ross in Iraq'.

Ross bought his home near Minneapolis in 2015 for $460,000 with a $360,000 loan from the Veterans Administration, property records show.



Bullet holes in the car's windscreen and bloodied seats were clearly visible from the scene of the shooting in Minneapolis

Case 1:26-mc-00861-RB    Document 12-1    Filed 05/01/26    Page 59 of 125



© EPA

Photos of the woman's car showed children's toys inside

Though he is only now being unmasked, Ross's first and last name initially emerged after Homeland Security Secretary Kristi Noem revealed the officer who shot dead Good was also 'dragged' by a car driven by a suspect he was apprehending last year.

The information was repeated by Vice President JD Vance in a statement on Thursday.

The specific details pointed to the June arrest of undocumented immigrant and convicted sex offender Roberto Carlos Muñoz. Court documents from his federal prosecution named the injured ICE officer as 'Jonathan Ross'.

Another federal civil lawsuit from 2021 referred to Ross as being a deportation officer in Hennepin County, Minnesota, as far back as 2017.

The Trump administration has come to Ross's defense over his shooting of Good, while Democratic officials in Minneapolis say it was a murder.

ICE claimed she deliberately drove her burgundy SUV at agents but witnesses dispute the claims, with Mayor Jacob Frey calling it 'bulls**t'.

Witnesses claimed Good and her wife were acting as legal observers and filming the protest when she was shot.

But ICE insisted she tried to use the SUV as a deadly weapon.

Footage of the shooting showed the victim blocking the road with her car until ICE agents told her to move away.



Renee Good's wife has been identified as handywoman Rebecca Good (left)

Case 1:26-mc-00861-RB   Document 12-1   Filed 05/01/26   Page 61 of 125



© Reuters

Rebecca, in harrowing footage captured in the immediate aftermath of the shooting, seemed to blame herself for the tragedy, saying she 'made [Renee] come down here' to the ICE protests

© Google

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 62 of 125

The Goods lived in a rented home (pictured) in Kansas City's vibrant Waldo neighborhood for about two years but decided to flee the US after Trump's election. They spent some time in Canada before ultimately deciding to settle down in Minneapolis



Protesters clash with police after a driver of a vehicle was shot on Wednesday amid an immigration enforcement surge in Minneapolis



Protesters gathered outside outside Minneapolis immigration court on Thursday

She reversed to head back down the road as an agent tried to open its driver-side door handle before she drove off. Three shots then rang out.

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 63 of 125

Good lost control of the SUV and slammed it into parked cars and a light pole at high speed, prompting screams of shock from horrified onlookers.

Her SUV was seen with a bullet hole through the driver's side windshield.

Good and her wife Rebecca are understood to have fled the US after Trump's victory in the 2024 election, going briefly to Canada before settling in Minneapolis.

They have a six-year-old child together.

State and local officials demanded ICE leave Minnesota after Good's death. But Noem has said agents are not going anywhere.

EXHIBIT J

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 65 of 125



# Daily Mail

ADVERTISEMENT



**EXCLUSIVE** Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he has gone into hiding

- Sign up for our US Editor's Picks newsletter to get all the best exclusive stories

Enter your search        Search

ADVERTISEMENT

By BEN ASHFORD, US SENIOR REPORTER
PUBLISHED: 14:03 EDT, 9 January 2026 | UPDATED: 11:03 EDT, 10 January 2026

**596** shares        **2.6k** View comments

Gun-toting Feds swarmed the home of the ICE agent who fatally **shot protester Renee** Good on Friday morning, the Daily Mail can exclusively reveal.

A Special Response Team arrived at the suburban Minneapolis home, where **Jon Ross,** 43, lives with **his wife and children,** early this morning.

Daily Mail images captured half a dozen Federal officers wearing masks and balaclavas, one carrying pepper spray and another wielding an assa



Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 66 of 125

# Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he has gone into hiding

Gun-toting Feds swarmed the home of the ICE agent who fatally shot protester Renee Good on Friday morning, the Daily Mail can exclusively reveal.

A Special Response Team arrived at the suburban Minneapolis home, where Jon Ross, 43, lives with his wife and children, early this morning.

Daily Mail images captured half a dozen Federal officers wearing masks and balaclavas, one carrying pepper spray and another wielding an assault rifle.

They entered the smart five-bed home before carrying out five large plastic crates, a computer tower and a stack of picture frames.

The agents climbed back into their unmarked trucks afterwards to form a defensive formation around a personal vehicle that drove out of the garage.

The driver of the black Jeep SUV wore a full-face mask, making it impossible to identify him.

'How much money are you making' growled one agent as he approached the Daily Mail reporting staff.

Another climbed out and took a close-up cell phone video of our photojournalist before the convoy drove away.

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 67 of 125



ICE agent Jonathan Ross, who fatally shot Renee Good on Wednesday, and his wife, Patrixia

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 68 of 125



© Daily Mail

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 69 of 125



© Daily Mail

Wearing balaclavas and half-face masks to shield their identities, agents descended on the quiet street to collect Ross's belongings from his empty home, including a computer tower and personal items packed into large plastic storage bins

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 70 of 125



© Daily Mail

The Ross family appears to have left their home in the Minneapolis suburbs. Neighbors say they haven't been seen since Wednesday, the day Ross shot Good dead

A neighbor told the Daily Mail she spotted Ross's wife Patrixia pacing around the couple's driveway on Wednesday afternoon, hours after her husband opened fire on Good.

Since then, the house has been empty amid suggestions that the couple and their children have gone into hiding.

The fresh activity comes after the Daily Mail revealed that Ross is an Enforcement and Removal Operations agent and Iraq veteran, married to a Filipina immigrant.

He has become the focus of rage over ICE actions around the country after he shot and killed Good on Wednesday afternoon while she was driving her SUV down a street where agents were on duty.

Ross's shaken father defended his son's decision to shoot Good dead in an exclusive interview with the Daily Mail.

'She hit him,' said Ed Ross, 80. 'He also had an officer whose arm was in the car. He will not be charged with anything.

'You would never find a nicer, kinder person,' the father added of his son. 'He's a committed, conservative Christian, a tremendous father, a tremendous husband. I couldn't be more proud of him.'

The elderly father from North Pekin, Illinois, said Patrixia is a US citizen but declined to say how long she had been in America. 'I do not want to go any further than that,' he added.

4/2/26, 12:51 PM
Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 71 of 125
Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…



More agents from the fleet retrieved storage bins from the house - the Daily Mail counted five



Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…

Another balaclava-wearing agent brought out large picture frames



© Daily Mail

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 75 of 125

One agent with an assault rifle strapped to his chest took a coffee break in front of the garage



An agent in a full-face black balaclava drove a black Jeep SUV from the Ross family's garage



4/2/26, 12:51 PM                    Gun-toting feds in ski-masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 76 of 125

Once the belongings were loaded, the agents climbed into their unmarked trucks, forming a protective formation around a personal black Jeep SUV after it was driven out of the garage



A neighbor told the Daily Mail she saw Ross's wife, Patrixia, pacing in the couple's driveway on Wednesday afternoon, hours after her husband opened fire on Good

Ross has lived on the outskirts of Minneapolis since 2015 and served as an immigration officer since at least 2013.

Neighbors told the Daily Mail that Ross was a hardcore MAGA supporter.

Social media posts revealed he has foreign-born in-laws.

Ross married Patrixia, whose doctor parents come from the Philippines, in August 2012, according to posts on her Instagram page.

She posted her first picture with Ross on her social media account two months earlier.

Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…

In July 2013, when the couple lived around El Paso, Texas, Patrixia posted a picture posing next to a US Border Patrol helicopter.

She also posted pictures of baking recipes from a Spanish-language cookbook.

Another neighbor told the Daily Mail that until recently Ross had been flying pro-Trump flags and a 'Don't Tread On Me' Gadsden Flag that is an emblem of the Make America Great Again movement.

There's now no sign of Ross, his wife, or the flags.



Ross shot and killed Good on Wednesday afternoon while she was driving her SUV down a street where ICE agents were on duty

Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 78 of 125



Ed Ross, (right), Jon Ross's father, called his son a 'tremendous' parent and husband

Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 79 of 125



Ross, 43, an Iraq veteran, married his Filipina wife, Patrixia, in 2012. They've lived near Minneapolis since 2015, and he has been an immigration officer since at least 2013

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 80 of 125



In July 2013, while the couple lived near El Paso, Texas, Patrixia posted a photo posing next to a US Border Patrol helicopter

'The wife is polite, very nice, very outgoing, while he's very reserved. They have a couple of kids,' the local said.

Other family members appear to have had conflict with Ross over their political views – even arguing with him about far-right group the Proud Boys, after Donald Trump caused controversy by initially failing to condemn the group in a 2020 debate with Joe Biden.

His sister Nicole posted a photo on Facebook in October 2020 of herself and a female friend wearing face masks with the caption 'I denounce and condemn white supremacy'.

Ross appears to have commented on the photo, then later deleted the messages, with Dolson and her friend Allison's responses the only comments remaining.

4/2/26, 12:51 PM
Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 81 of 125
Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…

'Jon R Oss the Proud Boys heard his denouncement loud and clear! I watched the entire debate and heard every word. I respectfully disagree,' wrote Allison.

'Jon R Oss we have to respectfully disagree,' Nicole added. 'You are my brother and I love you, but we will not engage in a debate on Facebook.'

Ross appears to have grown up hardscrabble.

His father, a former insurance agent, filed for bankruptcy in Tampa, Florida, in 1996, when Ross was 13.

Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 82 of 125



**Allison Webb**
I love this! I mean, if the president can't, we sure as hell can!

5y                                                    3 👍



**Nicole Dolson**
**Allison Webb** right!

5y                                                    2 👍



**Allison Webb**
Jon R Oss the Proud Boys heard his denouncement loud and clear! I watched the entire debate and heard every word. I respectfully disagree.

5y                                                    👍

**Nicole Dolson**
Jon R Oss we have to respectfully disagree. You are my brother and I love you, but we will not engage in a debate on Facebook.

5y



Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…

In a Facebook post, Ross and his sister Nicole engaged in a debate about the Proud Boys in 2020, following controversy over Donald Trump's initial refusal to condemn the group during a debate with Joe Biden



Ross's father posted a picture on his Facebook page in 2017 of his son in military gear, carrying a large rifle, with the caption saying, 'Jon Ross in Iraq'

The Ross family appears to be religious, with his father serving as director of two church-related organizations.

Ross's father posted a picture on his Facebook page in 2017 of his son in military gear, carrying a large rifle, with a caption 'Jon Ross in Iraq'.

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 84 of 125



A mugshot of Roberto Carlos Munoz, who was convicted of assaulting Ross last year

Ross bought his home near Minneapolis in 2015 for $460,000 with a $360,000 loan from the Veterans Administration, property records show.

Though he is only now being unmasked, Ross's first and last name initially emerged after DHS Secretary Kristi Noem revealed the officer who killed Good was also 'dragged' by a car driven by a suspect he was apprehending last year.

The information was repeated by Vice President JD Vance in a statement on Thursday.

The specific details pointed to the June arrest of an undocumented immigrant and convicted sex offender, Roberto Carlos Muñoz. Court documents from his federal prosecution named the injured ICE officer as 'Jonathan Ross'.

Another federal civil lawsuit from 2021 referred to Ross as a deportation officer in Hennepin County, Minnesota, as far back as 2017.

The Trump administration has come to Ross's defense over his shooting of Good, while Democratic officials in Minneapolis say it was a murder.

4/2/26, 12:51 PM

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 85 of 125

Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…



Ross was named as the ICE agent who fatally shot Good in Minneapolis on Wednesday

4/2/26, 12:51 PM

Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 86 of 125

Gun-toting feds in ski masks swarm the ICE agent shooter's home to retrieve belongings as the house sits empty amid claims he h…



Bullet holes in Good's car windscreen and bloodied seats were clearly visible from the scene



Good and her wife, Rebecca (left), temporarily fled the US in 2024 after his election to Canada before settling down in Minneapolis

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 88 of 125



© City of Minneapolis / YouTube

Mayor Jacob Frey did not mince his words at the press conference on Wednesday afternoon. He took to the podium and told ICE agents to 'get the f**k out' of his city, after an agent was seen on video shooting a woman dead as she drove off in her car

ICE claimed she deliberately drove her burgundy SUV at agents, but witnesses dispute the claims, with Minneapolis Mayor Jacob Frey calling it 'bulls**t'.

Witnesses claimed Good and her wife, Rebecca, were acting as legal observers and filming the protest when she was shot.

But ICE insisted she tried to use the SUV as a deadly weapon.

Footage of the shooting showed the victim blocking the road with her car until ICE agents told her to move away.

She reversed to head back down the road as an agent tried to open the driver's side door handle before she drove off. Three shots then rang out.

Good lost control of the SUV and slammed it into parked cars and a light pole at high speed, prompting screams of shock from horrified onlookers.

Her SUV was seen with a bullet hole through the driver's side windshield.

Good and Rebecca are understood to have fled the US after Trump's victory in 2024, going briefly to Canada before settling in Minneapolis.

They have a six-year-old child together.

State and local officials demanded ICE leave Minnesota after Good's death. But Noem has said agents are not going anywhere.

EXHIBIT K

4/2/26, 1:04 PM
Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 90 of 125
Minneapolis ICE shooter lived in Peoria, graduated from Richwoods   Page 90 of

# Minneapolis ICE shooter lived in Peoria, graduated from Richwoods

**WCBU | By Lauren Warnecke, Ryan Denham, Eric Stock, Steve Stein**

Published January 9, 2026 at 8:31 PM CST

   



Tom Baker  /  AP

A bullet hole is seen in the windshield as law enforcement officers work the scene of a shooting involving federal law enforcement agents Wednesday, Jan. 7, 2026, in Minneapolis.

The ICE agent who shot and killed a woman in Minnesota this week is a 2001 Peoria Richwoods graduate, WCBU has learned through an examination of school and court records.

Jonathan E. Ross, 43, is at the center of a killing that has stoked tensions regarding aggressive behavior from federal immigration agents and has renewed calls for law enforcement accountability.

Ross shot and killed Renee Good, a 37-year-old mother, on Wednesday as she tried to drive away from ICE officers. Homeland Security Secretary Kristi Noem and other Trump


WCBU
**All Things Considered**


Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 91 of 125

President JD Vance has said ICE agents are "protected by absolute immunity."

Rumors of Ross' connection to Peoria swirled Friday on social media, hours after a Daily Mail story was published claiming to have interviewed Ross' father, Ed, who the British publication said lives in North Pekin. A man who answered the phone at the father's home immediately hung up when contacted by WCBU on Friday.

In his interview with the Daily Mail, Ed Ross defended his son's actions.

"She hit him," Ed Ross said. "He also had an officer whose arm was in the car. He will not be charged with anything."

The Daily Mail story includes several photos it claims to be of Ross without a mask, unlike the bystander footage from the Minneapolis shooting. They match photos from an Instagram account that appears to be Ross' wife's account.



**WCBU**
**All Things Considered**

*Peoria Richwoods Yearbook / WCBU*

WCBU reviewed a 2001 Peoria Richwoods yearbook which shows a photo of a man named "Jonathan Ross" who strongly resembles the shooter in the Minneapolis bystander footage and the Daily Mail photos.

WCBU reviewed a 2001 Peoria Richwoods yearbook which shows a photo of a man named "Jonathan Ross" who strongly resembles the shooter in the Minneapolis bystander footage and the Daily Mail photos. Peoria Public Schools spokeswoman Marjorie Kauth said she can't verify or deny that Ross was a 2001 Richwoods graduate.

In the 2001 Richwoods yearbook, the next student after Ross is Aaron Rossi, the former CEO of Reditus Labs who is now in prison for a COVID testing fraud scheme.

A person named Jonathan E. Ross received a traffic ticket in 2000 in Peoria County. That person is now 43 years old, as is the Jonathan Ross involved in the Minneapolis shooting, according to multiple media reports, including The Associated Press.



   





A screengrab of a bystander video of the ICE agent, identified as Jonathan Ross, who shot Renee Good on Wednesday in Minneapolis.

A person named Jonathan Ross, then age 29, applied for a marriage license in July 2012, according to a record published in the Peoria Journal-Star. That person's residence was listed as El Paso, Texas, where court records show Ross lived during that timeframe when he worked for U.S. Border Patrol. The other person listed on the marriage license has the same name as a woman listed on Ross' property records in Minnesota.

Ross has served as a deportation officer since 2015. He is married and lives in suburban Minneapolis, Newsweek reports. He previously served in the Indiana National Guard from 2002 to 2008 and served as a machine gunner in Iraq with the Headquarters Company, 138th Signal Battalion in 2004 and 2005, according to court documents obtained by WCBU. In a statement, the Indiana National Guard told WCBU that Ross earned an Army Commendation Medal, Army Good Conduct Medal, Global War on Terrorism Medal and the Iraq Campaign Medal during his deployment.

Ross became a law enforcement officer in 2007, according to testimony he provided in a court case last month. That legal case stemmed from an incident in which Ross was dragged by a vehicle as a suspect attempted to flee. Ross testified his arm was inside the suspect's vehicle when the suspect sped off. Ross was hospitalized and treated for a leg injury following the incident, court records show.

According to court transcripts, Ross joined the U.S. Border Patrol, assigned near El Paso, Texas, and moved to Immigration and Customs Enforcement in 2015. He told the court he is an active shooter instructor and field intelligence officer and member of a SWAT Team in St. Paul, Minnesota, in addition to being a member of the FBI's Joint Terrorism Task Force.

Updated: January 12, 2026 at 7:42 AM CST

*This story has been updated with a statement from the Indiana National Guard.*



WCBU
**All Things Considered**

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 94 of 125

**Tags**  Local News   Richwoods High School

U.S. Immigration and Customs Enforcement   IPR

   



### Lauren Warnecke

Lauren Warnecke is the Deputy News Director at WCBU and WGLT.

See stories by Lauren Warnecke



### Ryan Denham

Ryan is an award-winning journalist and digital strategist. He joined WGLT full-time in 2017 as Digital Content Director and became interim Content Director at WCBU and WGLT in 2025.

See stories by Ryan Denham



### Eric Stock

Eric Stock is WCBU's News Director.

See stories by Eric Stock



### Steve Stein

Steve Stein is an award-winning news and sports writer and editor. Most recently, he covered Tazewell County communities for the Peoria Journal Star for 18 years.

See stories by Steve Stein


**WCBU**
**All Things Considered**

**Become a WCBU sponsor**

## Related Stories

 Republicans, Pritzker point fingers over cause of rising property taxes

 Sorensen says Iran conflict a failure of foresight, calls to 'finish it'

 U.S. Rep. Eric Sorensen visits Peoria south side Habitat for Humanity build, highlights $500,000 federal investment

 State Police vehicle fleet will take 18 years to replace as costs rise, ISP director says



WCBU
**All Things Considered**

EXHIBIT L

 **5G Home Internet**  Simple setup. Savings that stick.

**Exclusive**

# Minneapolis ICE Shooter Told Longtime Neighbor He Was a Botanist: 'I Had No Idea He Was an ICE Agent' (Exclusive)

"It really creeps me out that those are my neighbors — that that's the kind of people I live next to," the Chaska, Minn., resident tells PEOPLE. "I just assumed all the ICE agents were like, from Texas and Arizona and Florida"

By **Danielle Bacher** and **Meredith Kile** | Published on January 12, 2026 03:04PM EST

💬 **121 COMMENTS**



**ICE agents in Minneapolis.**
Credit : Christopher Juhn/Anadolu via Getty

**SKIP TO CONTENT**

Case 1:26-mc-00861-RP Document 12-1 Filed 05/01/26 Page 98 of 125

# Minneapolis ICE Shooter Told Longtime Neighbor He Was a Botanist: 'I Had No Idea He Was an ICE Agent' (Exclusive)

"It really creeps me out that those are my neighbors — that that's the kind of people I live next to," the Chaska, Minn., resident tells PEOPLE. "I just assumed all the ICE agents were like, from Texas and Arizona and Florida"



*ICE agents in Minneapolis. Credit :*

*Christopher Juhn/Anadolu via Getty*

## NEED TO KNOW

- A neighbor of ICE agent Jonathan Ross, who shot and killed Renee Good in Minneapolis last week, tells PEOPLE about her shock to learn that he was employed by the Department of Homeland Security
- The woman, who lives in the Minneapolis suburb of Chaska, Minn., says she met Ross once at a neighborhood party and he said he was a botanist
- She also says that officers were seen removing belongings from Ross' home following the shooting, and that a police car has been patrolling his neighborhood

The Jan. 7 shooting death of Renee Good by ICE officer Jonathan Ross has shocked the world and shaken the Minneapolis community.

Bystander videos of the incident showed Ross, who was masked, firing multiple close-range shots into Renee's vehicle, including through the driver's side front window. The vehicle then crashed into cars parked along Portland Avenue, less than a mile away from the spot where George Floyd was killed by police in 2020,

Law enforcement sources confirmed to PEOPLE that Good, a 37-year-old mother of three, suffered gunshot wounds to the head. She was pronounced dead at a local hospital.

A woman who lives in Ross' neighborhood in the Minneapolis suburb of Chaska, Minn., tells PEOPLE that she was shocked to hear the news — particularly because she was under the impression he was in an entirely different field of work.

The woman met Ross once at a neighborhood garage party during the COVID-19 pandemic in 2020, where she says he described his job to guests.

"He said he worked with plants, as a botanist, so he lied about what he did," she claims.

The neighbor says that Ross kept to himself in the neighborhood, and they never learned he was a federal agent until he was identified in the aftermath of Good's death.

"[He said he] enjoyed border control... but loved plants," she says. "So when I found out he was the one on the news, I said, 'What! That's so crazy!' I had no idea he was an ICE agent."

PEOPLE has reached out to Ross for comment.

The neighbor says she saw agents moving Ross' belongings out of his house following the shooting, and notes that there has been a patrol car monitoring the address.

"It really creeps me out that those are my neighbors — that that's the kind of people I live next to. It's really upsetting," she says, adding, "I just assumed all the ICE agents were like, from Texas and Arizona and Florida."

Speaking to her unease, she says, "I think it impacted a lot of our neighbors that way. People really haven't been talking about it because you just want to maintain some peace on the road — you don't want to start fights. But it's just really hard to process. And then every day, you hear about more people getting detained."

Case 1:26-mc-00861-RP    Document 12-1    Filed 05/01/26    Page 100 of 125



*A memorial for Renee Good was set up by members of the community on Jan. 8.*

*Jaida Grey Eagle/Bloomberg via Getty*

New cell phone footage of the shooting, shared on X on Jan. 9 by Alpha News and described by the organization as being from Ross' perspective, showed the confrontation between Good and the officer.

"That's fine, dude. I'm not mad at you," Good is heard telling the person behind the camera. Her wife, Becca Good, is shown recording Ross on her phone.

Another ICE officer, seen in footage taken from other angles attempting to open Good's driver's side door, yells, "Get out of the car. Get out of the car. Get out of the f---ing car!"

Good is seen reversing the car and then turning the wheel to the right as she drives forward, while her wife says, "Drive, baby, drive — drive!"

At that point, multiple gunshots can be heard. After that, a voice behind the camera says, "F---ing bitch."

The clip ends with the sound of a crash.

Shortly after the shooting, Homeland Security Secretary Kristi Noem said Good refused commands to get out of her vehicle and then tried to run over federal agents, claiming her actions amounted to a "domestic act of terrorism," according to CBS.

Vice President JD Vance seemed to agree in a post on X on Friday, writing that the Alpha News video showed that the ICE agent's life was "endangered" and that he "fired in self-defense."

**Want to keep up with the latest crime coverage? Sign up for PEOPLE's free True Crime newsletter for breaking crime news, ongoing trial coverage and details of intriguing unsolved cases.**

But state and local officials have expressed opposite takeaways from the video evidence.

"They are already trying to spin this as an action of self-defense, having seen the video for myself, I want to tell everybody directly, that is bulls---," Minneapolis Mayor Jacob Frey said at a press conference on Jan. 8. "This was an agent recklessly using power that resulted in somebody getting killed."

Minnesota Gov. Tim Walz reposted a DHS statement on X on Jan. 7, writing, "I've seen the video. Don't believe this propaganda machine."

EXHIBIT M

OFFICE OF INSPECTOR GENERAL

# Management Alert - CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509


Homeland Security

**November 16, 2017**

**OIG-18-18**



## OFFICE OF INSPECTOR GENERAL
Department of Homeland Security

Washington, DC 20528 / www.oig.dhs.gov

November 16, 2017

MEMORANDUM FOR:   Kevin McAleenan
Acting Commissioner
U.S. Customs and Border Protection

FROM:   John Roth
Inspector General

SUBJECT:   Management Alert – *CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509*

For your action is our final management alert, *CBP's Use of Examination and Summons Authority Under 19 U.S.C. § 1509*, prepared by the DHS OIG Special Reviews Group. This final management alert incorporates the management response provided by your office.

The alert contains three recommendations aimed at ensuring that CBP personnel are informed and trained on the appropriate exercise of CBP's examination and summons authority under 19 U.S.C. § 1509. Based on the information provided in CBP's response to the draft alert, we consider Recommendations 1 and 2 resolved and open, and Recommendation 3 unresolved and open.

As prescribed by DHS Directive 077-01, *Follow-Up and Resolution for Office of Inspector General Report Recommendations*, within 90 days of the date of this memorandum, please provide our office with a written update on your corrective action plan and the target completion date for each recommendation. In this update, please identify the parties responsible for implementing the corrective action and provide any other supporting documentation necessary to inform us about the current status of the recommendations. Until your response is received and evaluated, the recommendations will remain open. Please send your written update to Special.Reviews@oig.dhs.gov.

Consistent with our responsibility under the *Inspector General Act of 1978*, as amended, we will provide copies of our report to congressional committees with oversight and appropriation responsibility over DHS. We will post the report on our website for public dissemination.

Please call me with any questions, or your staff may contact Diana Shaw, Director of the Special Reviews Group, at (202) 254-4100.



<span style="color:navy">**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security</span>

## Background

On March 14, 2017, the U.S. Customs and Border Protection (CBP) Office of Professional Responsibility (OPR) issued a summons to Twitter, Inc. (Twitter) purportedly pursuant to its authority under 19 U.S.C. § 1509. The summons sought "[a]ll records regarding the twitter account @ALT_USCIS to include, User names, account login, phone numbers, mailing addresses, and I.P. addresses." On April 6, 2017, Twitter filed a complaint against CBP in federal court claiming the summons exceeded the scope of CBP's authority under 19 U.S.C. § 1509. Twitter further accused CBP of attempting to "unmask" the @ALT_USCIS anonymous speaker and infringing upon his or her First Amendment rights. On April 7, 2017, CBP withdrew the summons, and Twitter subsequently dismissed its complaint.

In the course of investigating the circumstances surrounding these events, the Department of Homeland Security (DHS) Office of Inspector General (OIG) identified issues concerning CBP's policies and practices with respect to summonses issued pursuant to 19 U.S.C. § 1509 (Section 1509 Summonses). As described further below, lack of clear guidance on the proper use of Section 1509 Summonses has resulted in inconsistent — and, in some cases, improper — use of such summonses. While we understand that CBP has taken steps to clarify the guidance, CBP can and should do more to ensure that its personnel are properly informed and educated about the appropriate use of Section 1509 Summonses.

### *CBP OPR's Use of a Section 1509 Summons in the @ALT_USCIS Case*

CBP issued the summons to Twitter regarding the @ALT_USCIS account for the purpose of identifying the owner of the account. CBP took the position that it needed this information in order to "insur[e] compliance with the laws of the United States administered by the [Service]" — *i.e.*, to investigate possible criminal violations by CBP officials, including murder, theft, and corruption.

However, Subtitle III, Part III of Title 19 — under which Section 1509 falls — addresses ascertainment, collection, and recovery of *customs duties*. Specifically, section 1509(a)(1) authorizes the U.S. Customs Service[1] (Service) to examine, or cause to be examined, any "record" that

---

[1] Pursuant to Section 403(1) of the *Homeland Security Act of 2002,* the functions, personnel, assets, and liabilities of the U.S. Customs Service were transferred from the Secretary of the Treasury to the Secretary of Homeland Security. DHS Delegation Number 7010.3 delegates to the CBP Commissioner, and through him to his officers and CBP employees, all rights, privileges, powers, and duties previously enforced or



may be relevant to an investigation or inquiry conducted by the Service for the purpose of (1) ascertaining the correctness of any entry [of merchandise]; (2) determining the liability of any person for duties, fees, and taxes due to the United States; (3) determining liability for fines and penalties; or (4) "insuring compliance with the laws of the United States administered by the [Service]."

Section 1509(d) details special procedures for issuing summonses to third parties. Section 1509(d)(1)(A) limits the scope of third-party summonses to "records" pertaining to prohibited merchandise, or records required to be kept under 19 U.S.C. § 1508. Section 1508 defines "records" as documents pertaining to the importation of merchandise into the customs territory of the United States, the filing of a draw-back claim, or the transportation and storage of merchandise carried or held under bond.

CBP's purpose in issuing the summons to Twitter was unrelated to the importation of merchandise or the assessment and collection of customs duties. Accordingly, CBP may have exceeded the scope of its authority under Section 1509 when it issued the summons to Twitter, a fact CBP OPR appeared to tacitly acknowledge when, on May 25, 2017, the Executive Director of CBP OPR's Investigative Operations Division (IOD) emailed CBP OPR personnel clarifying the limited contexts in which Section 1509 Summonses may properly be used:

> In the upcoming revised IOP, there will be additional information included to assist you and your agents navigate Title 8 and 19 summonses. In addition, the Commissioner has asked we change the review process. Until those details are finalized, I wanted to give you supplemental guidance regarding the issuance of summonses under 19 U.S.C § 1509 in criminal and administrative investigations involving employee misconduct. OPR IOD may utilize a 1509 summons authority in investigations and inquiries involving employee misconduct, but only where such misconduct is connected to the importation, certain exportations, or transportation or storage under bond, of merchandise. In such investigations, OPR may use a 1509 summons to obtain entry records or other records required to be kept under 19 U.S.C. § 1508. In instances where records are sought from third parties, such as telecommunications providers, social media outlets, and banks, who are not otherwise obligated to keep records pursuant to 1508, the issuance of a 1509 summons requires probable cause to *believe* that the *records relate* to an importation of merchandise that is prohibited. Prior to issuance of a section 1509 summons to a third party, OPR agents are required to consult with the appropriate Associate/Assistant Chief Counsel office.

*(emphasis added)*

The guidance communicated in this email brings CBP OPR's policy on the use of Section 1509 Summonses in line with the purpose and language of Title 19, and should assist CBP OPR personnel in determining when such summonses may properly be used. However, we

---

administered by the U.S. Customs Service, including the summons authority provided under 19 U.S.C. § 1509.

*www.dhs.oig.gov*                          3                          OIG-18-18



## OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

understand that this email guidance is not yet reflected in CBP OPR's official operating policies or procedures. Specifically, as explained below, we understand that CBP OPR has not updated its Special Agent Internal Operating Procedures (IOP) to communicate this guidance on the proper use of Section 1509 Summonses, including the new legal review process.

### *CBP OPR's Policy and Practice Regarding Use of Section 1509 Summonses*

CBP exercises its examination and summons authority under 19 U.S.C. §1509 using summons form DHS 3115, "Summons to Appear and/or Produce Records, 19 U.S.C. § 1509." CBP OPR's Special Agent Internal Operating Procedures sets forth the agency's policy with respect to the use of DHS 3115 / Section 1509 Summonses. Chapter 10.1 of the most recent version of the IOP, issued on April 15, 2016, states the following:

> **DHS Summons to Appear and/or Produce Records (DHS 3115)**
>
> SAs will utilize the DHS 3115 to obtain information related to Title 8 and Title 19 violations. This form may not be modified or updated in any manner. Absent a nexus to a Title 8 or Title 19 violation, the DHS 3115 may not be used. Coordinate with the AUSA or state/local prosecutor on use of the DHS 3115.
>
> This type of summons authorizes the examination of records to ensure compliance with customs law. As the DHS 3115 form, itself, specifies, it may be utilized "in connection with an investigation or inquiry to ascertain the correctness of entries, to determine the liability for duties, taxes, fines, penalties or forfeitures, and/or to insure compliance with the laws or regulations administered by CBP and ICE."
>
> The DHS 3115 cannot be used in drug-smuggling or export investigations. If the investigation does not meet these limited criteria, the use of the DHS 3115 is not authorized.

Data provided by CBP to DHS OIG indicates that DHS 3115 regularly has been used by CBP OPR personnel in violation of the policy. For instance, despite the express prohibition against use of DHS 3115 in drug-smuggling cases, CBP OPR used DHS 3115 in at least 43 drug-smuggling cases between January 2015 and May 2017, representing approximately 20% of the total summonses issued by CBP OPR during this period. Based on this data, it appears CBP OPR's use of DHS 3115 during this period violated its own policy at least 1 out of every 5 times.

This same data reflects the use of DHS 3115 summonses in other questionable contexts. For instance, a DHS 3115 summons was used to obtain records from Craigslist in a matter involving a Border Patrol agent who allegedly attempted to sell government-issued night vision goggles on the site. Similarly, a DHS 3115 summons was used in several cases in which a CBP employee requested sick leave under false pretenses. It is difficult to see how such employee misconduct bears a nexus to Title 8



# OFFICE OF INSPECTOR GENERAL
## Department of Homeland Security

(aliens and nationality) or Title 19 (customs duties), as required by CBP OPR policy.

This evidence demonstrates a lack of understanding of the proper use of DHS 3115 / Section 1509 Summonses on the part of CBP OPR personnel. It indicates that these summonses are being used to obtain records — including records from third parties — in a wide range of cases having no nexus to Title 8 or Title 19. Such uses violate CBP OPR's stated policy and potentially open up the agency to legal challenges, as in the @ALT_USCIS case.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Recommendations

**Recommendation 1:**  We recommend that CBP update the Special Agent Internal Operating Procedures immediately to reflect the guidance on the use of Section 1509 Summonses provided in the May 25, 2017 email referenced in this report from the Executive Director of CBP OPR's Investigative Operations Division.

**Recommendation 2:** We recommend that relevant CBP personnel receive training on the proper use of Section 1509 Summonses as soon as practicable.

**Recommendation 3:**  We recommend that CBP look at use of Section 1509 Summonses across the agency to determine how such summonses are being used, and whether such uses comport with the law and CBP's updated policy.

## Management Comments and OIG Analysis

CBP concurred with the recommendations and provided comments to the draft alert. A summary of CBP's response and our analysis follows.  We have included a copy of CBP's management response in its entirety in Appendix A. CBP also provided technical comments to the alert. We made changes to incorporate these comments, where appropriate.

CBP has taken, and is continuing to take, corrective action to address the issues raised in this alert. Specifically, CBP informed us that, between April and June 2017, CBP OPR delivered both verbal and written guidance to OPR agents at headquarters and field offices relating to the issuance of Section 1509 Summonses / DHS 3115. These updates were followed by training for OPR Special Agents in Charge (SACs) in July 2017. CBP further informed us that it will revise its IOP to reflect the updated guidance on the issuance of DHS 3115. Once the updated IOP is released, training will be provided to OPR SAC Offices.

Finally, CBP has created a CBP-wide working group to review and update the current CBP Directive on the Examination and Summons Authority Under 19 U.S.C. § 1509 to ensure that it reflects the updated guidance on the proper use of Section 1509 Summonses.

**Response to Recommendation #1: Concur.** CBP agreed to issue a revised IOP by April 30, 2018, which will include updated guidance on the issuance of Section 1509 Summonses / DHS 3115. The revised IOP will provide guidance on the issuance of Section 1509 Summonses



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

consistent with the guidance provided in the May 25, 2017 email from the Executive Director of CBP OPR's IOD. The revised IOP will also lay out a multi-level approval process for Section 1509 Summonses, which includes preliminary review by an OPR SAC, legal review by an Associate or Assistant Chief Counsel, review by the IOD Executive Director, and approval by the CBP OPR Assistant Commissioner.

While awaiting issuance of the revised IOP, CBP has taken steps to disseminate information about the updated guidance and new approval process to relevant CBP OPR personnel. This included issuing verbal and written guidance between April and June 2017.

**OIG Analysis of CBP's Response:** CBP concurred with our recommendation and provided copies of the written guidance already provided to CBP OPR personnel on the appropriate use of Section 1509 Summonses / DHS 3115. However, this recommendation will remain open and resolved until CBP OPR issues a revised IOP reflecting the updated guidance.

**Response to Recommendation #2:  Concur.** CBP agreed to provide training to all OPR SAC Offices following issuance of the revised IOP, which will include training on the updated guidance regarding issuance of Section 1509 Summonses / DHS 3115. CBP also conducted training with all OPR SACs in July 2017 on the appropriate use of Section 1509 Summonses / DHS 3115.

**OIG Analysis of CBP's Response:** CBP concurred with our recommendation and provided a copy of the training materials used to train OPR SACs in July 2017 on the appropriate use of Section 1509 Summonses / DHS 3115.  The guidance provided in the training materials is consistent with the guidance provided in the May 25, 2017 email from the Executive Director of CBP OPR's IOD. However, this recommendation will remain open and resolved until CBP OPR completes the training it intends to conduct at all OPR SAC Offices following issuance of the revised IOP.

**Response to Recommendation #3:  Concur.** On May 5, 2017, CBP created a CBP-wide working group to update the CBP Directive on the Examination and Summons Authority Under Title 19 U.S.C. § 1509 (Directive). The working group updated the Directive to reflect the current use of the examination and summons authority by various offices within CBP, and included a new training requirement for offices across CBP on the proper use of Section 1509 Summonses. The Directive is in final draft and is currently out for review and comment by all impacted CBP Offices.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

**OIG Analysis of CBP's Response:** CBP concurred with our recommendation and provided a copy of the final draft version of the updated Directive. One sub-section of the draft Directive specifically addresses summonses issued to third parties pursuant to 19 U.S.C. § 1509, including social media outlets like Twitter. The sub-section specifies that if the requested records are not required to be kept under 19 U.S.C. § 1508, such summonses may be issued only if CBP has probable cause to believe the requested records pertain to merchandise the importation of which into the U.S. is prohibited. This instruction is consistent with the guidance provided in the May 25, 2017 email from the Executive Director of CBP OPR's IOD. A separate section of the draft Directive also requires CBP Offices to provide training to employees on best practices associated with the issuance of the 1509 summons.

While the draft Directive addresses the concerns reflected in Recommendations 1 and 2 of this alert, it does not address Recommendation 3. Recommendation 3 calls on CBP to review how its personnel have been using Section 1509 Summonses to determine whether such summonses are consistently being used in compliance with the law and CBP's updated policy. Accordingly, this recommendation will remain unresolved and open until CBP provides evidence that it has conducted this retrospective review.



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Authorities

This management alert reflects work performed by the DHS OIG Special Reviews Group pursuant to Section 2 of the *Inspector General Act of 1978*, as amended.  Specifically, this management alert provides information about the inconsistent and improper use of Section 1509 Summonses by CBP OPR for the purpose of keeping the Secretary of DHS and Congress fully and currently informed about problems and deficiencies relating to the administration of DHS programs and operations and the necessity for and progress of corrective action.  This management alert is designed to promote the efficient and effective administration of, and to prevent and detect fraud and abuse in, the programs and operations of DHS.



# OFFICE OF INSPECTOR GENERAL
### Department of Homeland Security

## Appendix A
## CBP Response to the Alert



1300 Pennsylvania Avenue NW
Washington, DC 20229

**U.S. Customs and Border Protection**

OCT 2 7 2017

MEMORANDUM FOR:     John Roth
                    Inspector General
                    Department of Homeland Security

FROM:               Sean M. Mildrew
                    Senior Component Accountable Official
                    U.S. Customs and Border Protection

SUBJECT:            Management's Response to OIG Draft Management Alert: "CBP's
                    Use of Summons Authority" (Project No. 17-SRG-3)

Thank you for the opportunity to review and comment on this draft report. U.S. Customs and Border Protection (CBP) appreciates the work of the Office of Inspector General (OIG) in planning and conducting its review and issuing this report.

The CBP Office of Professional Responsibility's (OPR) intent has always been, and will continue to be, to utilize every lawful tool at its disposal to aggressively investigate allegations of criminal or serious misconduct on the part of CBP officers, agents or other employees. Guidance regarding the use of Section 1509 Summonses, as reflected in the OPR Special Agent Internal Operating Procedures (IOP), dated April 15, 2016, is consistent with that intent.

In May 2017, as referenced in OIG's draft alert, OPR headquarters issued new written guidance to its Special Agents in Charge on the use of Section 1509 Summonses. The new policy, presently in effect, requires that all summons requests undergo a legal sufficiency review and receive final written approval by the Assistant Commissioner of OPR prior to issuance. The new policy guidance will be incorporated into an updated IOP.

The draft report contained three recommendations, with which CBP concurs. Attached find CBP's detailed response to each recommendation.

Again, thank you for the opportunity to review and comment on this draft report. Technical comments were previously provided under separate cover. Please feel free to contact me if you have any questions. We look forward to working with you in the future.

Attachment



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

---

**Attachment:  Management Response to the Office of Inspector General (OIG) Draft Management Alert: *"CBP's Use of Summons Authority"* (Project No. 17-SRG-3)**

The OIG recommended that CBP:

**Recommendation 1:** Update the Special Agent Internal Operating Procedures immediately to reflect the guidance on the use of Section 1509 Summonses provided in the May 25, 2017 email referenced in this report from the Executive Director of CBP OPR's Investigative Operations Division.

**Response:** Concur.  CBP's Office of Professional Responsibility (OPR) has initiated a three pronged approach for immediate corrective action.  The first prong commenced in April 2017, when CBP OPR delivered verbal guidance to OPR agents at headquarters and field offices on the issuance of the Customs Summons.  The guidance included the requirement to obtain concurrence from the CBP Office of Chief Counsel (OCC) prior to issuance of any Customs Summons.  The second prong for immediate corrective action was completed in May 2017, when CBP OPR provided additional written guidance to OPR agents related to the issuance of the Customs Summons.  Lastly, the third prong for immediate corrective action was finalized in June 2017.  CBP OPR released written guidance to OPR agents on the issuance of the DHS 3115, Customs Summons, and Immigration Enforcement Subpoena to Appear and/or Produce Records (Title 8 USC § 1225(d)), requiring final approval from the Assistant Commissioner of OPR on all requests.

The guidance also includes a three level approval process.  First, OPR Special Agents in Charge (SAC) will review all summons and subpoenas and supporting documentation to ensure compliance with applicable authorities and policies, prior to submission to OCC.  Next, the appropriate Associate or Assistant Chief Counsel (ACC) office will review the requests for legal sufficiency and provide a recommendation regarding issuance of the subpoena or summons.  Lastly, the OPR SAC will ensure a copy of the summons or subpoena and ACC's legal review and recommendation are forwarded to IOD Headquarters for review by the IOD Executive Director and approval by the CBP OPR Assistant Commissioner.  In addition, CBP OPR is revising the Investigative Operations Division (IOD) Internal Operating Procedures (IOP) 2.0, and expects to issue the updated guidance no later than April 30, 2018.  The IOP 2.0 will include the revised and updated guidance on the issuance of the DHS 3115.

Estimated Completion Date (ECD):  April 30, 2018

**Recommendation 2:**  Relevant CBP personnel receive training on the proper use of Section 1509 Summonses as soon as practicable.

**Response:**  Concur.  In July 2017, all OPR SACs were provided updated training from CBP OCC on the authority and issuance of the DHS 3115, pursuant Title 19 U.S.C. § 1509, as it relates to CBP OPR.  Additionally, once the IOP 2.0 is released, OPR anticipates conducting an

---



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

Attachment: Management Response to the Office of Inspector General (OIG) Draft
Management Alert: "CBP's Use of Summons Authority" (Project No. 17-SRG-3)
Page 2

IOP 2.0 Training to all of the OPR SAC Offices. The training will cover every chapter of IOP
2.0, to include the updated guidance on the issuance of the DHS 3115 Summons.

ECD: May 30, 2018

**Recommendation 3:** Look at use of Section 1509 Summonses across the agency to determine
how such summonses are being used, and whether such uses comport with the law and CBP's
updated policy.

**Response:** Concur. On May 5, 2017, CBP created a CBP-wide working group, spearheaded by
CBP OCC, to update the CBP Directive on the Examination and Summons Authority under Title
19 U.S.C. § 1509. The working group reviewed the existing CBP Directive and has revised it to
reflect the current use of the summons authority by various offices within CBP. The CBP
Directive will also include a training requirement for offices across the agency on proper use of
Section 1509 summonses. The CBP Directive is in final draft and pending review and comment
from all impacted CBP Offices.

ECD: May 30, 2018



**OFFICE OF INSPECTOR GENERAL**
Department of Homeland Security

## Appendix B
## Report Distribution

### Department of Homeland Security

Secretary
Deputy Secretary
Chief of Staff
Deputy Chiefs of Staff
General Counsel
Executive Secretary
Director, GAO-OIG Liaison Office
Assistant Secretary for Office of Policy
Assistant Secretary for Office of Public Affairs
Assistant Secretary for Office of Legislative Affairs

### U.S. Customs and Border Protection

Commissioner
Assistant Commissioner, Office of Professional Responsibility
Audit Liaison Office

### Office of Management and Budget

Chief, Homeland Security Branch
DHS OIG Budget Examiner

### Congress

Congressional Oversight and Appropriations Committees

## Additional Information and Copies

To view this and any of our other reports, please visit our website at: www.oig.dhs.gov.

For further information or questions, please contact Office of Inspector General Public Affairs at: DHS-OIG.OfficePublicAffairs@oig.dhs.gov.
Follow us on Twitter at: @dhsoig.



## OIG Hotline

To report fraud, waste, or abuse, visit our website at www.oig.dhs.gov and click on the red "Hotline" tab. If you cannot access our website, call our hotline at (800) 323-8603, fax our hotline at (202) 254-4297, or write to us at:

> Department of Homeland Security
> Office of Inspector General, Mail Stop 0305
> Attention: Hotline
> 245 Murray Drive, SW
> Washington, DC 20528-0305

EXHIBIT N

Case 1:26-mc-00861-RP   Document 12-1   Filed 05/01/26   Page 119 of 125

# THE AMERICAN PROSPECT

**IDEAS, POLITICS & POWER**

MANAGE A PRINT SUBSCRIPTION      MANAGE A RECURRING DONATION      DNC 2024      THE COLD CIVIL WAR

HOW PRICING REALLY WORKS      MONEY, POLITICS AND POWER      ECONOMIC MODELS      ECONOMIC POLICY

WORKING IN AMERICA +      ENERGY AND THE ENVIRONMENT +      HOUSING AND TRANSPORTATION +

CIVIL RIGHTS IN AMERICA      LAW AND JUSTICE      HEALTH AND SOCIAL POLICY      AMERICA AND THE WORLD

PODCASTS      THE PROSPECT ARCHIVE

# DHS Claims Videotaping ICE Raids Is 'Violence'

The expanded definition has justified assaults on journalists who have documented detentions of immigrants.

BY MATTHEW CUNNINGHAM-COOK    SEPTEMBER 9, 2025

3.4k Shares



WINTERS ROCK ENTERTAINMENT

DHS officers confront a man filming with his phone outside the federal detention center in downtown Los Angeles, August 8, 2025.

*This article is published in partnership with the [Center for Media and Democracy](#).*

President Trump's Department of Homeland Security (DHS) claims that making and posting videos of ICE agents as they [disappear](#) tens of thousands of immigrants from America's streets, workplaces, and courtrooms without due process is an act of "violence" to be dealt with accordingly.

DHS Assistant Secretary for Public Affairs Tricia McLaughlin told the Center for Media and Democracy (CMD) that "videotaping ICE law enforcement and posting photos and videos of them online is doxing our agents," and added: "We will prosecute those who illegally harass ICE agents to the fullest extent of the law."

In one incident, ICE [targeted](#) a Georgia-based journalist, Mario Guevara, for videotaping enforcement operations. Guevara has legal work authorization in the U.S., [according](#) to his attorneys, and has been held in ICE detention for more than two months.

### *More from Matthew Cunningham-Cook*

McLaughlin's statement comes on the heels of a little-noticed [press briefing](#) in July where DHS Secretary Kristi Noem stated that "violence" is "anything that threatens [DHS agents] and their safety. It is doxing them. It is videotaping them where they're at."

That expansive definition is likely driving the department's claims of escalating "violence" against ICE agents, which purportedly rose from an alleged 700 percent increase on July 11, to 830 percent four days later, and to 1,000 percent by August 7. When asked by CMD to provide concrete examples of violent assaults on personnel, the DHS spokesperson pointed to an incident of trash dumped on an ICE agent's lawn and a sign with a profanity directed at an agent by name.

Peter Eliasberg, an American Civil Liberties Union (ACLU) of Southern California attorney representing journalists and observers who were attacked and injured by DHS officers in Los Angeles, told CMD that this definition bears "no relationship to what violence actually is. I don't think there's any evidence that … there is truth [in] those numbers."

Meanwhile, DHS agents have repeatedly resorted to violence, assaulting and injuring journalists and legal observers doing their jobs. The lawsuit filed by the Los Angeles Press Club, the NewsGuild–Communications Workers of America, and individual plaintiffs alleges that DHS agents used targeted, unchecked, and officially sanctioned violence against them, including "smashing the hands of people recording events with their phones" and shooting reporters with "less lethal" munitions.



WINTERS ROCK ENTERTAINMENT

DHS officers outside the federal detention center in downtown Los Angeles

Statements like Noem's and McLaughlin's raise serious concerns about the Trump administration's lack of respect for First Amendment rights, experts argue.

DHS appears to "fundamentally misunderstand the First Amendment," said David Cole, a First Amendment scholar and law professor at Georgetown. "The First Amendment is designed above all to give citizens the right to criticize and report on government abuse. There's not only no law against recording law enforcement officers doing their job, but it is a First Amendment–protected right to do so in public in ways that don't interfere with them carrying out their tasks. It reflects a failure [on the part of] the administration to understand the central role that watchdogs play in our democracy, [and any] attempt to restrict [that] goes against the First Amendment."

While the Supreme Court has rarely ruled on the matter, Cole said, a number of lower courts have concluded that as long as you are not interfering with the ability of law enforcement officers to do their jobs, "the government

cannot stop you from recording, either in memory, or [on a] legal pad, or … video recorder.”

There is limited capacity for DHS to police itself. In March, the department shut down its Office for Civil Rights and Civil Liberties, abruptly closing 500 investigations into public complaints of violations in the process. In August, a report issued by the office of Sen. Jon Ossoff (D-GA) disclosed more than 500 incidents of rights violations in immigration detention facilities in the first seven months of Trump's second term. In July, Rep. Dave Min (D-CA) led a group of congressional Democrats in asking the DHS inspector general to investigate various assaults by ICE agents on civilians and members of Congress.

In response to a request for comment from CMD, ACLU senior staff attorney Scarlet Kim dismissed assertions by DHS that video recording is an act of violence. “The right to photograph, film, and publish publicly visible law enforcement activity is a core First Amendment right,” she maintained. “It creates an independent record of what officers are doing, and it is no accident that some of the most high-profile cases of misconduct have involved video recordings. The burning question is why ICE officers feel the need to hide who they are and what they do from the public—masking their faces, lacking visible ID, driving unmarked vehicles, and now attacking those who document their activities.”

While no state legislature has passed laws equating the video recording of police officers with “violence,” some states have made the practice more difficult by mandating buffer zones to keep observers a certain distance away from officers and first responders when they arrive on a scene.

DHS, the third-largest cabinet department after the Departments of Defense and Veterans Affairs, is a sprawling 260,000-employee operation that includes Immigration and Customs Enforcement (ICE), Customs and Border Patrol (CBP), the Coast Guard, the Federal Protective Service, the Secret Service, the Federal Emergency Management Agency (FEMA), and the Transportation Security Administration.

With the recent passage of the One Big Beautiful Bill, DHS is set to receive another $44 billion on top of the $115 billion it had requested as part of the routine budgeting process. Within that, the budget for ICE has now skyrocketed to triple what it was in fiscal year 2024, making it larger than the military budgets of all but 15 other countries around the world.

## MATTHEW CUNNINGHAM-COOK

Matthew Cunningham-Cook is a writer and researcher with expertise in health care, retirement policy, and capital markets. He has written for The Intercept, The Lever, The New York Times, The Nation, Al Jazeera, and In These Times.

# THE AMERICAN PROSPECT

About the Prospect |
Contact Info
Careers |  FAQ
Newsletters
Browse Archive /
Back Issues
Manage A Print
Subscription
Manage A
Recurring Donation
Privacy Policy

## DONATE TO THE PROSPECT

  

Copyright 2025 | The American Prospect, Inc. | All Rights Reserved

Built with Metro Publisher™

Do Not Sell or Share My Personal Information