**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

|  |  |  |
|---|---|---|
| Doe/Podslurp, | ) ) ) | |
| Movant, | ) ) | |
| v. | ) | Misc. Case No. 1:26-MC-861 RP |
| UNITED STATES DEPARTMENT OF HOMELAND SECURITY, | ) ) ) ) | |
| Respondent. | ) ) | |

**JOINT STIPULATION ON**

**MOTION TO QUASH AND FOR PROTECTIVE ORDER**

Counsel for Movant Doe/Podslurp and Respondent the United States Department of Homeland Security ("the Parties") hereby stipulate and respectfully request as follows:

1.      The Parties agree that Doe/Podslurp's Motion to Quash and for a Protective Order ("Motion") (D.E. 1) and all related papers have been properly served.

2.      The Parties respectfully request that the Court stay this case and not set the motion for briefing schedule or hearing until either Party has informed the Court that it wishes the Motion to be so set.

3.      In the event this matter is not otherwise resolved, the Parties have agreed to meet and confer in good faith in an effort to propose a briefing and/or hearing schedule that is agreeable to both Parties.

1

Respectfully submitted,

| | |
|---|---|
| *Attorneys for Movant*<br>*Doe/Podslurp* | *Attorneys for Respondent*<br>*United States Department of Homeland*<br>*Security* |

*/s/ Joshua Koltun*

**Joshua Koltun, Attorney**
(Cal. Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California  94104
Telephone: (415) 680-3410
*Admitted pro hac vice*

**Justin R. Simmons**
United States Attorney

*/s/ Matthew Mueller*
**Matthew Mueller**
Assistant United States Attorney
State Bar No. 24095592
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1262 (phone)
(512) 916-5854 (fax)
matthew.mueller@usdoj.gov

Robert P. Latham, Esq.
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6095

Erica Benites Giese, Esq.
**JACKSON WALKER L.L.P.**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
Telephone: (210) 978-7791

Thomas S. Leatherbury, Esq,
**Thomas S. Leatherbury Law, PLLC**
1901 N. Akard St.
Dallas, Texas 75201
Telephone: (214) 213-5004

Peter B. Steffensen,
**SMU Dedman School of Law**
First Amendment Clinic
P.O. Box 750116
Dallas, Texas 75275-0116
(214) 768-4077

2