**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

| | | |
|---|---|---|
| Doe/Podslurp,<br><br>Movant,<br><br>v.<br><br>United States Department of Homeland Security,<br><br>Respondent. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | Misc. Case No. 1:26-MC-861-RP |

**UNOPPOSED MOTION TO WITHDRAW COUNSEL**

Respondent U.S. Department of Homeland Security requests that Matthew Mueller be terminated as counsel of record in this case. Another attorney, Landon Wade, has already appeared in the case on behalf of Respondent. Mr. Mueller is leaving the United States Attorney's Office and will no longer represent Respondent or have access to the case files. Please direct all notices, pleadings, orders, and other papers to Mr. Wade.

Respondent conferred with counsel for Movant regarding this motion. Movant is unopposed to the removal of counsel.

Dated: September 15, 2026

Respectfully submitted,

**Justin R. Simmons**
United States Attorney

By: */s/ Matthew Mueller*
**Matthew Mueller**
Assistant United States Attorney
State Bar No. 24095592
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1262 (phone)
(512) 916-5854 (fax)
matthew.mueller@usdoj.gov

***Attorney for Respondent***

**CERTICATE OF CONFERENCE**

I hereby certify that on September 15, 2026, I conferred with counsel for Movant, who stated that Movant is not opposed to the relief requested in this motion.

*/s/ Matthew Mueller*
Matthew Mueller
Assistant United States Attorney