**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**AUSTIN DIVISION**

Doe/Podslurp,

Movant,

v.

UNITED STATES DEPARTMENT OF HOMELAND SECURITY,

Respondent.

Misc. Case No. 1:26-MC-861 RP

**JOINT STATUS REPORT**

Counsel for Movant Doe/Podslurp and Respondent the United States Department of Homeland Security ("the Parties") submit the following Joint Status Report in accordance with the Court's order entered on July 14, 2026:

1. The Parties previously requested that the Court stay this case so that the Parties could resolve the matter without intervention by the Court. *See* Dkt. 16.

2. Since the Parties filed their stipulation and request for a stay, prior counsel for Respondent left the United States Attorney's Office, and new counsel was administratively assigned to the case. *See* Dkts. 17, 18.

3. Since current counsel for Respondent has been assigned to this matter, the Parties have continued to meet and confer in good faith to resolve the matter.

4. To work toward a resolution, the Parties respectfully request that the Court maintain the stay currently in place. In the event this matter is not otherwise resolved, the Parties have agreed to meet and confer in good faith in an effort to propose a briefing and/or hearing schedule that is agreeable to both Parties by the date the next status report is due.

Respectfully submitted,

*Attorneys for Movant*
*Doe/Podslurp*

*/s/ Joshua Koltun**_____________

**Joshua Koltun, Attorney**
(Cal. Bar No. 173040)
One Sansome Street
Suite 1400, No. 2544
San Francisco, California 94104
Telephone: (415) 680-3410
*Admitted pro hac vice*

*with permission

*Attorneys for Respondent*
*United States Department of Homeland Security*

**Justin R. Simmons**
United States Attorney

*/s/ Landon A. Wade*_____________

**Landon A. Wade**
Assistant United States Attorney
State Bar No. 24098560
U.S. Attorney's Office
903 San Jacinto Blvd., Suite 334
Austin, Texas 78701
(512) 370-1255 (phone)
(512) 916-5854 (fax)
landon.wade@usdoj.gov

Robert P. Latham, Esq.
**JACKSON WALKER L.L.P.**
2323 Ross Avenue, Suite 600
Dallas, Texas 75201
Telephone: (214) 953-6095

Erica Benites Giese, Esq.
**JACKSON WALKER L.L.P.**
1900 Broadway, Suite 1200
San Antonio, Texas 78215
Telephone: (210) 978-7791

Thomas S. Leatherbury, Esq,
**Thomas S. Leatherbury Law, PLLC**
1901 N. Akard St.
Dallas, Texas 75201
Telephone: (214) 213-5004

Peter B. Steffensen,
**SMU Dedman School of Law**
First Amendment Clinic
P.O. Box 750116
Dallas, Texas 75275-0116
(214) 768-4077